Case 2:03-mc-00118-S/L   Document 1   Filed 06/24/03   Page 1 of 77

1      UNITED STATES DISTRICT COURT

2      WESTERN DISTRICT OF WASHINGTON

3

4      JOHN RODGERS,                                    Case No.: MISC **03 - 118**

5                    Plaintiff,                          [WASHINGTON STATE SUPERIOR COURT FOR
                                                         SNOHOMISH COUNTY; No: 01-2-01295-6]
6             vs.
                                                         PLAINTIFF RODGERS NOTICE OF SUBPOENA
7      HOWARD SHERMAN and JANE DOE                       TO PRODUCE DOCUMENTS
       SHERMAN, and the marital community comprised
8      thereof,

9                    Defendant

                                                         **03-MC-00118-NTC**
10

11            TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

12            PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, Rule, 30, Plaintiff John

13     Rodgers has scheduled a records deposition and the deponent, VA Puget Sound Health Care System is

14     requested to produce the following documents at its deposition: **ALL DOCUMENTS, INCLUDING BUT**

15     **NOT LIMITED TO REPORTS, OFFICE NOTES, CORRESPONDENCE, PHOTOGRAPHS,**

16     **MEDICAL RECORDS, TEST RESULTS, ETC. FOR SHERMAN HOWARD, SSN 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, DOB**

17     **02/26/1953.**

18            PLEASE ALSO TAKE NOTICE that the deponent, VA Puget Sound Health Care System is not a

19     party to this action. So far as known to the deposing party, the deponent's address is 1660 South Columbian

20     Way, Seattle, WA 98108. Said deponent is being served with a Deposition Subpoena. A copy of the

21     deposition subpoena is attached.

22                                                      Dated this 24ʳᵈ day of June, 2003

23

24                                                      STEVEN L. SHAW, #33007
                                                        LEPLEY & KOEHLER, PLLC;
25                                                      ATTORNEYS FOR THE
                                                        PLAINTIFF

NOTICE OF SUBPOENA - 1                         LePLEY & KOEHLER, PLLC
                                               4122 FACTORIA BLVD. SE, STE 400
                                               BELLEVUE, WASHINGTON 98006
                                               P-425.641.5353  F-425.747.0611



## Issued by the
# UNITED STATES DISTRICT COURT

_____ WESTERN _____ **DISTRICT OF** _____ WASHINGTON _____

JOHN RODGERS,
Plaintiff.

**V.**

HOWARD SHERMAN and JANE DOE
SHERMAN, and the marital
community comprised thereof,
Defendants.

**SUBPOENA IN A CIVIL CASE**

**MS03—118**

**CASE NUMBER:** [1] MISC.
WASHINGTON STATE SUPERIOR COURT FOR
SNOHOMISH COUNTY; No.01-2-01295-6

**TO:** VA Puget Sound Health Care System; Attn Records Custodian
1660 South Columbian Way; Seattle, WA 98108

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All records, including but not limited to reports, office notes, correspondence, photographs, medical records, test results, etc. for Sherman Howard, SSN 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, DOB 2/26/53. Production may be satisfied by mailing copies of documents prior to specified date and time along with bill for copy costs.

| PLACE | DATE AND TIME |
| --- | --- |
| LePley & Koehler, PLLC; 4122 Factoria Blvd. SE, Suite 400 Bellevue, WA 98006; (425) 641-5353 | 07/24/2003 10:00a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Attorney for the Plaintiff | 06/24/2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
LePley & Koehler, PLLC; Attn: Steven L. Shaw
4122 Factoria Blvd. SE, Suite 400; Bellevue, WA 98006; (425) 641-5353

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.



AO 88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                        DATE                                    SIGNATURE OF SERVER

                                                      _____
                                                      ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

This is a Patch T type separator sheet.

This is a Patch T type separator sheet.



Portrait Feed

*New Document Follows...*

Printed on 7/5/01 3:57:15 PM
Copyright ©Kofax Image Products 1994-1999



Landscape Feed

*New Document Follows...*

Printed on 7/5/01 3:57:16 PM
Copyright ©Kofax Image Products 1994-1999

**PATRICK E. DUFFY
CLERK, U.S. DISTRICT COURT**
901 Front Street, Suite 2100
Helena, MT 59626
(406)441-1355

 

JUN 2 0 2003



AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY

# M E M O R A N D U M

**TO:**        **Kathy Ness, Deputy Clerk
U.S. District Court, Western District of Washington
215 William Kenzo Nakamura US Courthouse
Seattle, WA 98104**

**FROM:**    **Barb Fries, Deputy Clerk**

**DATE:**    **June 17, 2003**

**RE:**        **Your No. CR 03-0209P
Our No. CR 96-28-H-CCL-05
USA vs. Thomas Mitchell Fenton**

**Enclosed please find the Transfer of Jurisdiction on the above signed by both the sending and receiving judges.   In that regard, I am enclosing the following:**

> 1.    **Indictment**
> 2.    **Judgment**
> 3.    **Plea Agreement**
> 4.    **Request for Modifying the Conditions of Supervision.**
> 5.    **Docket Sheet**

**If you need anything further, please let me know.**



**03-CR-00209-MISC**

JUN 0 9 20[.]

**PROB 22**
(Rev. 2/88)

TRANSFER OF JURISDICTION

FILED
HELENA DIVISION

2003 JUN 17 A 8:44

PATRIC[.]   [.]REY, CLERK

BY_____

CR03 0209P

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | | |
| CR 96-28-H-CCL-005 | | |
| DOCKET NUMBER *(Rec. Court)* | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Mitchell Fenton | Montana | Helena |
| 1507 North 3rd | NAME OF SENTENCING JUDGE | |
| Renton, Washington 98055-1542 | Honorable Charles C. Lovell | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 6/30/99 | 6/29/04 |

| OFFENSE |
|---|
| Criminal Possession with Intent to Distribute Methamphetamine 21 U.S.C. § 841 |

FILED   LODGED_____ RECEIVED
MAY 2 3 2003   KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

FILED_____ ENTERED
LODGED_____ RECEIVED
MAY 2 0 2003   KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ MONTANA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  WESTERN DISTRICT OF WASHINGTON  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5—01—03_
*Date*

_Charles [signature]_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ WASHINGTON _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_May 23, 2003_
*Effective Date*

_[signature]_
*United States District Judge*

Probation 12B

# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF MONTANA

FILED
HELENA DIVISION

2003 MAY -7 A 11: 03

PATRI_ _ _LFFY, CLERK

213

BY_____
DEPUTY CLERK

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
#### (Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**   Thomas Mitch Fenton          **Case No:**   CR 96-28-CCL-05

**Name of Sentencing Judicial Officer:**       Honorable Charles C. Lovell, Senior U.S. District Judge

**Date of Original Sentence:**       June 27, 1997

**Original Offense:**   Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846

**Original Sentence:**   29 months custody, followed by 5 years TSR

**Type of Supervision:**  Supervised Release       **Date Supervision Commenced:** September 3, 1999

===============================================================================

### PETITIONING THE COURT

☒       To modify the conditions of supervision as follows:

The defendant shall serve a term of six (6) months in the pre-release component of the Pioneer Fellowship House in Seattle, Washington. He shall comply with all requirements of this facility.

### ** CAUSE **

As noted above, Mr. Fenton began serving the term of supervised release in this case on September 3, 1999. Shortly after his release, he secured employment at Intermountain Truss in Helena as a laborer. He also began his community service obligation, completing 200 hours in February 2001. He completed the phase urine testing system, providing no positive tests.

Mr. Fenton continued his employment at Intermountain Truss and was eventually promoted to a management position. He established a stable healthy relationship with a young woman named Wendy Sanchez, with whom he shares two children. Her family resides in the Seattle, Washington area and, in late February of 2003, Mr. Fenton requested permission to transfer his supervision to the Western District of Washington. He advised that he hoped to secure an apprenticeship in either the construction or electrical trade, and be better able to provide for his family.

Since that time, the defendant has not complied with the following conditions of supervised release:

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
Re:   **Thomas Mitch Fenton**
        **CR 96-28-005-CCL**
Page   2

Violation Number 1:   **Standard Condition #9:**  You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

Violation Number 2:   **Standard Condition #11:**  You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

**Nature of Non-compliance:** On April 17, 2003, Mr. Fenton was stopped by Washington State Trooper M. Goodall near Pateros, Washington. He was questioned regarding the reason he was in that area, his car was searched, and he was subsequently released without being charged. He failed to notify this officer or USPO Tom Fitzgerald of this contact.

On that same date, agents of the U. S Border Patrol and the North Central Washington Drug Task Force (NCWDTF, Okanogan) conducted traffic stops on two other individuals in the same area. One was identified as Paul Miller, who is under federal supervision in the Western District of Washington (Conspiracy to Distribute Cocaine, CR 97-00070P) and had previously been Mr. Fenton's prison cell mate. Mr. Fenton later admitted that he had been in contact with Mr. Miller without the permission of this officer or Officer Fitzgerald.

On April 28, 2003, in a personal interview with this officer and Team Leader/USPO Scott Erickson, Mr. Fenton filled the information gaps left in the above violation information. He advised that when he had first gone to Seattle to search for employment and a residence, he contacted Paul Miller (with whom he admitted maintaining sporadic contact since leaving prison). Miller helped Fenton get into Miller's old apartment.

Mr. Fenton's girlfriend was able to secure employment, and Fenton had some leads when he returned to Montana and this officer formally requested the Western District of Washington to investigate his transfer plan. Mr. Fenton and his family returned to Renton, Washington, where Mr. Fenton continued his job search after checking in with USPO Tom Fitzgerald.

Mr. Fenton advised that he was struggling to find employment that met his needs as well as those of his family, and had to quit one street paving job because the irregular hours were too unpredictable to accommodate day care responsibilities. He expressed this frustration to this officer in a March telephone call; later admitting that he also shared his difficulties with Mr. Miller.

In mid April 2003, Mr. Fenton was approached by an individual named Robert Elhalhuli, an associate of Mr. Miller. Elhalhuli indicated that he knew Fenton was having money troubles and

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
Re:     **Thomas Mitch Fenton**
        **CR 96-28-005-CCL**

**Page   3**

told him he could earn $500 by following him to the Canadian border. Fenton advised that he was suspicious, and ultimately sure that the purpose of Elhalhuli's trip was illegal; however, he felt desperate and went along.

On April 17, 2003, Elhalhuli, Miller, and Fenton caravanned in three separate vehicles to an area between Oroville and Molson, Washington. Fenton advised that Elhalhuli gave a pre-arranged signal and continued farther while Miller and Fenton waited. When Elhalhuli drove back past them, they turned around and followed him back toward Renton. According to U.S. Border Patrol reports, motion sensors on the Canadian border were triggered at approximately 9:30 p.m.

As noted above, Fenton was pulled over by Washington State Police. Miller was also stopped and released. Agents eventually located and stopped Elhalhuli, who was in possession of approximately 50 pounds of marijuana. He was arrested.

USPO Fitzgerald was contacted by the NCWDTF after they determined that Fenton and Miller were on federal supervision and likely traveling with Elhalhuli. The agents and U.S. Probation Office worked in concert to conduct an interview, search and probable cause arrest of Mr. Fenton on April 25, 2003. The search revealed no contraband, and the defendant cooperated with the agent's questioning.

Based on Mr. Fenton's cooperation with the NCWDTF investigation, and his apparent minimal involvement with Elhalhuli, Mr. Fenton was released on April 25, 2003, with no charges being filed. Mr. Fenton then returned to Montana as instructed to meet with this officer and TL/USPO Erickson on April 28, 2003.

**U.S. Probation Officer Recommendation:** As reflected in the attached Probation Form 49, it is the recommendation of this officer that the conditions of Mr. Fenton's supervision be modified to allow for a six (6) month placement at the Pioneer Fellowship House (pre-release center) in Seattle, Washington. This recommendation has the full support of the U.S. Probation Office in the Western District of Washington, who have also still agreed to accept the transfer of supervision and jurisdiction in this case.

While this recommendation may seem lenient given the potentially serious ramifications of Mr. Fenton's behavior, it is this officer's opinion that this placement is the most appropriate intervention/sanction at this time.

Mr. Fenton had completed 3½ years of supervised release without a problem, and had been recommended for placement on the administrative caseload at the time of his transfer to Washington. He had established the trust and respect of this officer for his hard work and cooperation with all directives of the probation office.

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
Re:    Thomas Mitch Fenton
         CR 96-28-005-CCL
Page   4**

None of this excuses Mr. Fenton's dismally poor judgment; however, conversations with the NCWDTF agents and USPO Fitzgerald confirm this officer's perception of Mr. Fenton's basic character.  He presents as appropriately contrite and remorseful, and is genuinely struggling to understand why he would let himself jeopardize all that he has worked so hard to establish.  He has also expressed his shame to his angry but still supportive girlfriend, and to his family in Helena.

It is therefore the opinion of this officer that a six month pre-release placement will serve as sufficient punishment, while providing a stable base from which Mr. Fenton can seek employment in the area where his family hopes to remain.  It is also recommended that jurisdiction of this case be transferred to the Western District of Washington at this time.

Attached, please find the original Probation Form 49, which contains the necessary signatures.  Also attached are three copies of Probation Form 22, Transfer of Jurisdiction, to begin the process of transferring the jurisdiction of this case to Washington.

Reviewed:                                                            Respectfully submitted,
by   _____        by   _____
Scott R. Erickson, Team Leader                       Mark V. Piskolich
U. S. Probation Officer                                      U. S. Probation Officer

_____5-6-03_____                                           _____5/5/3_____
Date                                                                  Date

**THE COURT ORDERS:**

\_  No Action

X  The Modification of Conditions as Noted Above.    *This man requires close supervision or he will be in the system again.*

\_  Other

_____
Signature of Judicial Officer

_____5/07/03_____
Date

UNITED STATES OF AMERICA  } ss
DISTRICT OF MONTANA

I, Patrick E. Duffy, Clerk of the United States District Court for the District of Montana, hereby certify that the above and foregoing is a true copy of the original on file in my office.
Dated this   17th   day of
June   2003
PATRICK E. DUFFY, Clerk
By _____
Deputy

FILED

JUN 27 1997

LOU ALEKSICH, JR., Clerk

By_____

Deputy Clerk

*Jackson*
*McLean*
*CCC*
*usm-3 cert-1*
*po-1 cert-1*
*nusn Bldg*
*910 SL*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

\#153

\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

       Plaintiff,

-v-

MITCH FENTON,

       Defendant.

CR 96-28-H-CCL

JUDGMENT

\*\*\*\*\*\*\*

    Defendant Mitch Fenton, having pleaded guilty to Count One of a one-count Indictment charging him with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, and having appeared before the court for sentencing on June 26, 1997,

    IT IS THE JUDGMENT OF THE COURT, pursuant to the Sentencing Reform Act of 1984, that Mitch Fenton is hereby committed to the custody of the Bureau of Prisons for a term of twenty-nine (29) months.  This sentence reflects the court's consideration of the government's motion for downward departure pursuant to Rule 35, Fed. R. Crim. P.  The court recommends to the Bureau of Prisons that the Defendant be designated for incarceration at a federal boot camp.

    Upon release from custody, the defendant shall be placed on

supervised release for a term of five (5) years.  Within 72 hours
of release from custody of the Bureau of Prisons, the Defendant
shall report in person to the probation office in the district in
which the Defendant is released.

While on supervised release, the defendant shall not commit
another federal, state, or local crime, shall not illegally
possess a controlled substance, shall not own or possess any
firearms or other explosive devices, shall comply with the
standard conditions #1-13 that have been adopted by this court,
and are attached hereto, and shall comply with the following
special conditions:

1.  The defendant shall participate in a program of
    substance abuse treatment, and/or mental health
    treatment, as approved by the United States Probation
    Office, which program shall include testing to
    determine if the defendant has reverted to the use of
    drugs or alcohol.

2.  The defendant shall provide the United States Probation
    Office with any financial information requested and
    shall incur no new lines of credit or open additional
    lines of credit without prior approval of the probation
    officer;

3.  The defendant shall submit his person, residence, place
    of employment, or vehicle to a search by the United
    States Probation Office.

4.  The defendant shall perform 200 hours of community
    service at a rate of not less than ten hours per month,
    as directed by his probation officer.

2

5.   The defendant shall not possess or ingest alcoholic
     beverages or be on the premises of any establishment
     where alcohol is the chief item of sale.

6.   The defendant shall notify the United States Probation
     Office at least ten days prior to changing his address.

The court finds that the Defendant does not have the ability to pay a fine.

IT IS FURTHER ORDERED that the government's motion for downward departure pursuant to Rule 35 is GRANTED.

IT IS FURTHER ORDERED that Defendant shall pay to the United States a special assessment of $50.00, which shall be due immediately.

The court having found that the Defendant is a suitable candidate for voluntary surrender, and is not likely to flee or pose a danger to the safety of any other person in the community,

IT IS FURTHER ORDERED that Defendant surrender himself on the date and at the time designated in writing by the U.S. Marshals Service.

Done and dated this _27_ day of June, 1997.

_____
CHARLES C. LOVELL
United States District Judge

UNITED STATES OF AMERICA   ⎫
DISTRICT OF MONTANA         ⎬ ss
                           ⎭

I, Patrick E. Duffy, Clerk of the United
States District Court for the District of
Montana, hereby certify that the above
and foregoing is a true copy of the
original now on file in my office.
Dated this __17th__ day of
_____ 2003
PATRICK E. DUFFY, Clerk
By_____
        Deputy

3

STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1)   The defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

FILED

JUN 26 1997

LOU ALEKSICH, JR., Clerk

By.....................

Deputy Clerk

#742

1 KRIS A. MCLEAN
Assistant U.S. Attorney
2 100 North Park Ave., Suite 100
Helena, Montana 59601
3 Telephone: 406/449-5370

4 ATTORNEY FOR THE UNITED STATES

RECEIVED

JAN 1 1997

Clerk, U.S. District Court
District of Montana
HELENA

5

6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| 9 | UNITED STATES OF AMERICA, | CR 96-28-H-CCL |
|---|---|---|
| 10 | Plaintiff, | |
| 11 | v. | **PLEA AGREEMENT FOR DEFENDANT MITCH FENTON** |
| 12 | ARTIE SCHILL, DOUG SCHILL, | |
| 13 | RON REDFERN, SCOTT VEGA, | |
| 14 | MITCH FENTON, TINA HOLLINS, | |
| 15 | Defendants. | |

17    Pursuant to Rule 11 of F.R.Crim.P., the United States of America by and through Kris

18 A. McLean, Assistant United States Attorney for the District of Montana, and Mitch Fenton and

19 his attorney, Gregory A. Jackson, have agreed upon the following:

20    1.    Defendant acknowledged that he has been charged in the Indictment in this case

21 with knowingly, willfully and unlawfully conspiring, confederating and agreeing to distribute a

22 controlled substance, namely methamphetamine in violation of 21 U.S.C. § 846.



AUSA



DEFENDANT



DEF. ATTY

1

PC:1003   User:SNORDAHL   Doc:N:\UDD\CRIM\96R0204\FENTON.PLE   Date: 10/03/96 1:10

2.    Defendant has read the charge against him contained in the Indictment and those charges have been fully explained to him by his attorney.

3.    Defendant fully understands the nature and elements of the crime with which he has been charged.

4.    Defendant will enter a voluntary plea of guilty to the Indictment presently pending against him.

5.    The parties agree that this Plea Agreement shall be filed and become part of the record in this case and will be governed by F.R.Crim.P. 11(e)(1)(B).

6.    Defendant will plead guilty because he is in fact guilty of the charge set forth in the Indictment. In pleading guilty, the Defendant acknowledges that from on or about November, 1995 and continuing through April, 1996, at Helena, and other locations within the District of Montana, and elsewhere, the defendant Mitch Fenton did knowingly, willfully and unlawfully conspire, confederate and agree to distribute a controlled substance, namely methamphetamine in violation of 21 U.S.C. § 846.

7.    Defendant understands the charge to which he will plead guilty carries the penalty of not less than five years and not more than 40 years and/or a fine in the amount of $2,000,000.

8.    Defendant understands that by pleading guilty he surrenders certain rights, including the following:

(a) If defendant persisted in a plea of not guilty to the charges against him, he would have the right to a public and speedy trial. The trial could be either a jury trial or a trial by the judge sitting without a jury.

AUSA    DEFENDANT   DEF. ATTY

2

PC:1003  User:SNORDAHL  Doc:N:\UDD\CRIM\96R0204\FENTON.PLE  Date: 10/03/96 1:10

1       (b) If the trial is a jury trial, the jury would be composed of twelve laypersons selected

2   at random.   Defendant and his attorney would have a say in who the jurors would be by

3   removing prospective jurors for a cause where actual bias or other disqualifications is shown,

4   or without cause by exercising so-called peremptory challenges.   The jury would have to agree

5   unanimously before it could return a verdict of either guilty or not guilty.   The jury would be

6   instructed that defendant is presumed innocent, and that it could not convict him unless, after

7   hearing all the evidence, it was persuaded of defendant's guilt beyond a reasonable doubt.

8       (c) If the trial is held by the judge without a jury, the judge would find the facts and

9   determine, after hearing all the evidence, whether or not he was persuaded of defendant's guilt

10   beyond a reasonable doubt.

11       (d) At a trial, whether by a jury or a judge, the government would be required to present

12   its witnesses and other evidence against defendant.   Defendant would be able to confront those

13   government witnesses and his attorney would be able to cross-examine them.   In turn, defendant

14   could present witnesses and other evidence in his own behalf.   If the witnesses for defendant

15   would not appear voluntarily, he could require their attendance through the subpoena power of

16   the court.

17       (e) At a trial, defendant would have a privilege against self-incrimination so that he could

18   decline to testify and no inference of guilt could be drawn from his refusal to testify.   If

19   defendant desired to do so, he could testify in his own behalf.

20       9.   Defendant understands that by pleading guilty he is waiving all the rights set forth

21   in the prior paragraph.   Defendant's attorney has explained those rights to him and the

22   consequences of his waiver of those rights.


AUSA          DEFENDANT   DEF. ATTY

3

1    10.    Defendant will cooperate fully and completely with law enforcement authorities

2    and provide truthful testimony at any proceedings deemed appropriate by the United States

3    Attorney's Office.   Should defendant's cooperation prove to be substantial assistance in the

4    prosecution of other individuals, the United States Attorney's Office will move the Court

5    pursuant to Rule 35, Fed.R.Crim.P., for a reduction of sentence.   The United States also agrees

6    that the defendant will not be prosecuted for his actions in cooperating with law enforcement.

7    This means that any information of an incriminating character that defendant might reveal,

8    beyond the specific conduct set forth in the Indictment, will not be used against the defendant

9    in determining his applicable guideline range when he is sentenced on the Indictment to which

10    he will plead guilty.   Nor shall defendant be prosecuted by the United States in any separate

11    prosecution on the basis of other such information that he might provide.   This provision of this

12    agreement is made pursuant to § 1B1.8 of the Uniform Sentencing Guidelines.   This agreement

13    not to prosecute does not apply to crimes of violence or false statements.

14    11.    The United States Attorney will make no recommendation regarding sentence.

15    12.    The United States Attorney and the Defendant, Mitch Fenton agree that sentencing

16    in this matter shall be left to the sound discretion of the Court pursuant to sentencing guidelines.

17    To aid and assist in the preparation of the presentence report the parties stipulate and agree that

18    the defendant's participation in the conspiracy to which he is pleading guilty is limited to an

19    agreement to distribute 283.5 grams of a mixture or substance containing a detectable amount

20    of methamphetamine resulting in a base offense level of 26 pursuant to sentencing guideline

21    section 2D1.1(c)(7).

22

AUSA

**4**

DEFENDANT      DEF. ATTY

1      13.   Defendant and his attorney acknowledge that no threats, promises, or

2    representations have been made, nor agreements reached, other than those set forth in this

3    agreement, to induce defendant to plead guilty.

4      14.   Should the Court refuse to accept this Agreement, this Agreement will become

5    null and void and neither party shall be bound thereto.

6      15.   Defendant further agrees that the Sentencing Court must assess a $50.00

7    mandatory assessment for each count pursuant to the Comprehensive Criminal Control Act 18

8    U.S.C. §3013. This assessment is due and payable at the time of sentencing.

9      This Plea Agreement constitutes the entire agreement between the parties. Any terms

10    or conditions which is not expressly stated as part of this plea agreement is not to be considered

11    part of the Agreement.

12      DATED this __3'ᵈ__ day of October, 1996.

13

SHERRY SCHEEL MATTEUCCI
United States Attorney

14

15

KRIS A. McLEAN
Assistant U. S. Attorney

16

17

MITCH FENTON          DATE

18

Defendant

19

UNITED STATES OF AMERICA  } ss
DISTRICT OF MONTANA

20

I, Patrick E. Duffy, Clerk of the United
States District Court for the District of
Montana, hereby certify that the above

21

and foregoing is a true copy of the
original on file in this office.

GREGORY A. JACKSON       DATE
Counsel for Defendant

Dated this __17th__ day of

22

__June__  20_03_
PATRICK E. DUFFY, Clerk
By _____
Deputy

__MM__
AUSA          DEFENDANT   DEF. ATTY

5

KRIS A. MCLEAN
Assistant U.S. Attorney
100 North Park Ave., Suite 100
Helena, Montana 59601
Telephone: 406/449-5370

ATTORNEY FOR THE UNITED STATES

FILED
'99 AUG 29  AM 11 06

*Carol A. Dahler*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARTIE SCHILL,<br>DOUG SCHILL,<br>RON REDFERN,<br>SCOTT VEGA,<br>MITCH FENTON,<br>TINA HOLLINS,<br><br>            Defendants. | CR 96-28-H-CCL |

<u>INDICTMENT</u>

THE GRAND JURY CHARGES:

**COUNT I**

That from on or about November, 1995 and continuing through April, 1996, at Helena, and other locations within the District of Montana, and elsewhere, the defendants Artie Schill, Doug Schill, Ron Redfern, Scott Vega, Mitch Fenton, and Tina Hollins, and unindicted co-

1

1   conspirators Lori Roeder, Tina Nicola, John Barnicoat, Janet Leonard, and Kevin Leonard did

2   knowingly, willfully and unlawfully conspire, confederate and agree to distribute a controlled

3   substance, namely methamphetamine in violation of 21 U.S.C. § 846.

4        A TRUE BILL.

5

6                                          _____
                                           FOREPERSON

7

8

9   _____
    UNITED STATES ATTORNEY FOR              Crim. Summons_____
    THE DISTRICT OF MONTANA                 Warrant: ✓ all dft: A.
                                            Bail: no Bond
10

11

12

13

14

15                                          UNITED STATES OF AMERICA  } ss
                                            DISTRICT OF MONTANA

16                                          I, Patrick E. Duffy, Clerk of the United
                                            States District Court for the District of
17                                          Montana, hereby certify that the above
                                            and foregoing is a true copy of the
                                            original now on file in my office.
18                                          Dated this ___ 17 ___ day of
                                            ___June___ 2003
                                            PATRICK E. DUFFY, Clerk
19                                          By _____
                                                           Deputy
20

21

22

                                        2

TERMED

U.S. District Court
U.S. District Court of Montana (Helena)

CRIMINAL DOCKET FOR CASE #: 96-CR-28-ALL

USA v. Schill, et al                              Filed: 08/26/96
Dkt # : is 3:96-m -00558

Case Assigned to:  Judge Charles C. Lovell

ARNIE SCHILL (1)                    James B. Obie
aka                                 [COR LD NTC ret]
Artie Schill                        ATTORNEY AT LAW
     defendant                      2031 11th Ave
 [term  06/27/97]                   Helena, MT 59601
                                    406-443-5043
                                    FTS 442-9937


Pending Counts:

    NONE


Terminated Counts:                       Disposition

21:846=CD.F CONSPIRACY TO          Committed to custody of BOP 56
DISTRIBUTE CONTROLLED              mos.  Supervised Release 5
SUBSTANCE     (Meth)               yrs.  Pay special assessmt of
(1)                                $100.00
                                   (1)


Offense Level (disposition): 4


Complaints:

    NONE


========================

UNITED STATES OF AMERICA } ss
DISTRICT OF MONTANA

I, Patrick E. Duffy, Clerk of the United
States District Court for the District of
Montana, hereby certify that the above
and foregoing is a true copy of the
original now on file in my office.
Cated this _____17_____ day of
_____ 20 03
PATRICK E. DUFFY, Clerk
By _____
                    Deputy

```
Proceedings include all events.                        TERMED
6:96cr28-ALL USA v. Schill, et al
```

Case Assigned to:  Judge Charles C. Lovell

```
DOUG SCHILL (2)                    Laurence J. Ginnings
      defendant                      [term  08/08/97]
   [term  08/08/97]                  [COR LD NTC cja]
                                     GINNINGS LAW OFFICE
                                     222 E Pine
                                     P O Box 7008
                                     Missoula, MT 59807-7008
                                     406-728-7177
```

```
Pending Counts:                         Disposition

21:844A=CP.M CONTROLLED            Three yrs probatn, w/10 mos at
SUBSTANCE - POSSESSION             Butte Pre-Release Center.
Methamphetamine                    Pay fine of $25,00.  Pay spl
(1s)                               assmt of $50.
                                   (1s)
```

Offense Level (opening): 3

```
Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY TO          Dismissed.
DISTRIBUTE CONTROLLED              (1)
SUBSTANCE     (Meth)
(1)
```

Offense Level (disposition): 4

Complaints:

    NONE

=========================

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

Case Assigned to:   Judge Charles C. Lovell

RON REDFERN (3)                   Bruce C. Gobeo
        defendant                  [term  09/05/97]
   [term  09/05/97]                [COR LD NTC cja]
                                   GOBEO LAW OFFICES
                                   Box 3915
                                   Missoula, MT 59806-3915
                                   406-542-8223

                                   Michael Donahoe
                                   [COR LD NTC pda]
                                   FEDERAL DEFENDERS OF MONTANA -
                                   HELENA BRANCH
                                   PO Box 250
                                   Helena, MT 59624-0250
                                   406-449-8381
                                   FTS 449-5651


Pending Counts:                            Disposition

21:846=CD.F CONSPIRACY TO         Remanded CAG 42 mos.  Supv rels
DISTRIBUTE CONTROLLED             5 yrs.  Pay spl assmt of
SUBSTANCE     (Meth)              $100. PURSUANT TO revocation
(1)                               hrg 2/27/03, deft remanded CAG
                                  12 mos.  On supv rels 24 mos.
                                  (1)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE


=========================

```
Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al
```

Case Assigned to:  Judge Charles C. Lovell

```
CHRISTOPHER SCOTT VEGA (4)       Douglas D. Harris
aka                              [COR LD NTC cja]
Scott Vega                       DOUGLAS HARRIS LAW OFFICE
      defendant                  PO Box 7937
 [term  06/27/97]                Missoula, MT 59807-7937
                                 406-549-5176
                                 FTS 549-5177
```

Pending Counts:

     NONE


```
Terminated Counts:                        Disposition

21:846=CD.F CONSPIRACY TO        Committed to custody of BOP 144
DISTRIBUTE CONTROLLED            mos. On supv rels 5 yrs.
SUBSTANCE , meth.                Pay spl assmt of $50.
(1s)                             (1s)

21:846=CD.F CONSPIRACY TO        Committed to custody of BOP 144
DISTRIBUTE CONTROLLED            mos. On supv rels 5 yrs.
SUBSTANCE    (Meth)              Pay spl assmt of $50.
(1)                              (1)
```

Offense Level (disposition): 4



Complaints:

     NONE


========================



```
Docket as of June 17, 2003 8:38 am                  Page 4
```

```
Proceedings include all events.                          TERMED
6:96cr28-ALL USA v. Schill, et al
```

Case Assigned to:   Judge Charles C. Lovell

```
MITCH FENTON (5)                   Gregory A. Jackson
       defendant                    [term  11/20/97]
   [term  06/27/97]                 [COR LD NTC ret]
                                    JACKSON LAW FIRM
                                    320 11th Avenue
                                    Helena, MT 59601
                                    406-443-2140
                                    FTS 443-3727

                                    Edmund F. Sheehy, Jr.
                                    FTS 728-0276
                                    406-549-8760
                                    [COR LD NTC ret]
                                    CANNON & SHEEHY
                                    Box 5717
                                    2031 Eleventh Avenue
                                    Helena, MT 59604-5717
                                    406-442-9930
                                    FTS 442-9937
```

Pending Counts:

    NONE

```
Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY TO        Committed to custody of BOP 29
DISTRIBUTE CONTROLLED            mos.  On supv rels 5 yrs.
SUBSTANCE     (Meth)             Pay spl assmt of $50.
(1)                              (1)
```

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include all events.                          TERMED
6:96cr28-ALL USA v. Schill, et al
```

Case Assigned to:   Judge Charles C. Lovell

```
TINA HOLLINS (6)                Richard J. Pyfer
       defendant                [COR LD NTC cja]
  [term  06/27/97]              SMALL, HATCH, DOUBEK & PYFER
                                P.O. Box 236
                                307 N Jackson
                                Helena, MT 59624
                                406-442-7830
                                FTS 442-7839
```

Pending Counts:

    NONE

Terminated Counts:                    Disposition

```
21:846=CD.F CONSPIRACY TO       Committed to custody of BOP 15
DISTRIBUTE CONTROLLED           mos, to be srvd in
SUBSTANCE     (Meth)            appropriate community
(1)                             corrections component of pre-
                                release   center near her home
                                in Oregon, w/credit for time
                                served.   On supv rels 48
                                mos.Pay spl assmt of $100.
                                (1)
```

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

Case Assigned to:  Judge Charles C. Lovell

DOUG SCHILL (7)
      defendant
 [term  08/08/97]


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


U. S. Attorneys:

    Kris A. McLean
    [COR LD NTC]
    OFFICE OF THE U.S. ATTORNEY
    PO Box 8329
    Missoula, MT 59807
    406-542-8851
    FTS 542-1476
```

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

8/26/96   1     INDICTMENT by USA  Counts filed against  Artie Schill (1)
                count(s) 1, Doug Schill (2) count(s) 1, Ron Redfern (3)
                count(s) 1, Scott Vega (4) count(s) 1, Mitch Fenton (5)
                count(s) 1, Tina Hollins (6) count(s) 1    Grand Jury held
                at Great Falls, MT (cc: USA, USM, PROB) (baf)
                [Entry date 08/29/96]

8/26/96   --    ARREST Warrants issued for Artie Schill, Doug Schill, Ron
                Redfern, Scott Vega, Mitch Fenton, Tina Hollins  by Mag
                Judge Robert M. Holter dlv orig and 1 w/cert copy of indct
                to USM in Great Falls, MT for service (cc:USA, USM, PROB)
                (baf) [Entry date 08/29/96]

8/26/96   2     MOTION to seal indictments  by USA as to Artie Schill,
                Doug Schill, Ron Redfern, Scott Vega, Mitch Fenton, Tina
                Hollins. (seal) [Entry date 09/05/96]

8/26/96   3     ORDER by Judge Charles C. Lovell  granting  motion to seal
                indictments [2-1]. ORDERED that all indictmts returned by
                the Gr. Jury on August 21 & 22, 1996 are sealed, with the
                exception of a few listed.  FURTHER ORDERED that this order
                and the underlying motion to seal are not sealed docs. (seal)
                [Entry date 09/05/96]

9/3/96    4     CJA Form 23 (Financial Affidavit) as to Scott Vega (seal)
                [Entry date 09/14/96]

9/3/96    5     MINUTES:   before Mag Judge Leif B. Erickson; Spcl AUSA
                Robert Zimmerman and dft w/atty Douglas D. Harris, present,
                dft in custody, arrested this date; crt reviews dft's CJA 23
                and recs appt of atty Harris; initial appearance of Scott
                Vega;,  dft Scott Vega arraigned; Not Guilty plea entered;
                trial set for 10/15/96 at 9:30 a.m., Helena; discovery
                disclosure deadline is 9/10/96 and motion filing deadline is
                9/17/96; location: custody pending trial C/R: Julie Lake
                (seal) [Entry date 09/14/96] [Edit date 09/22/96]

9/3/96    6     FINDINGS AND RECOMMENDATION  recommending appointment of
                atty Douglas D. Harris to represent dft Vega by Mag Judge
                Leif B. Erickson (cc: all counsel) (seal)
                [Entry date 09/14/96] [Edit date 09/22/96]

9/3/96    7     ORDER of Detention Pending Trial by Mag Judge Leif B.
                Erickson as to Scott Vega (cc: all counsel) (seal)
                [Entry date 09/14/96]

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

9/4/96    8    ORDER by Judge Charles C. Lovell   The 10/15/96 trial date
               is vacated and the case is now set for 9:30 10/28/96  at
               Helena, MT for Scott Vega.  Govt to disclose Rule 16 and
               exculpatory info by j9/10/96.  All PT motns and brfs due by
               9/17/96, rspns brfs by 9/30/96; rply brfs if any or written
               notc of none by 10/7/96.  Rqsts for extensn due 5 days prior
               to filing ddlines.  Any PA due Hlna by 10/14/96. Motns for
               enlgmt of time to file PA or seeking contin of trl date due
               by 10/14/96.  Absent a signed PA or motn to contin trl date
               10/14/96, clrk to ord jury 10/15/96.  Prop voir dire, jry
               instrns and govt trial brfs due by 10/18/96.   (cc: Harris,
               AUSA-Hlna, CCL,CLK,USM,PO,RPR, JRY CLRK (seal)
               [Entry date 09/05/96] [Edit date 09/14/96]

9/5/96    9    CJA Form 23 (Financial Affidavit) as to Doug Schill (seal)
               [Entry date 09/14/96]

9/5/96    10   CJA Form 23 (Financial Affidavit) as to Ron Redfern (seal)
               [Entry date 09/14/96]

9/5/96    11   CJA Form 23 (Financial Affidavit) as to Mitch Fenton (seal)
               [Entry date 09/14/96]

9/5/96    --   ARREST of defendant Ron Redfern, defendant Mitch Fenton  on
               9/4/96 (seal) [Entry date 09/22/96]

9/5/96    --   ARREST of defendant Doug Schill  on 9/5/96 (seal)
               [Entry date 09/22/96]

9/5/96    12   MINUTES:   before Mag Judge Leif B. Erickson; Spcl AUSA
               Robert Zimmerman, dft Doug Schill w/atty Laurence Ginnings,
               dft Ron Redfern w/atty Bruce Gobeo, and dft Mitch Fenton
               w/atty Timothy Lape present, dfts in custody; crt reviews
               dfts' Financial Affidavitsi; dft Fenton advises that atty
               Greg Jackson has been or is being retained to represent him;
                crt recommends appointment of counsel Ginnings and Gobeo
               to represent defendants D. Schill and Redfern throughout
               this case and appointment of atty Lape to represent dft
               Fenton for initial appearance only; initial appearance of
               Doug Schill, Ron Redfern, Mitch Fenton dfts Doug Schill,
               Ron Redfern, Mitch Fenton arraigned; Not Guilty pleas
               entered; trial set 10/28/96 at 9:30 a.m., Helena;
               discovery disclosure deadline is 9/12/96 and motion filing
               deadline is 9/19/96; location: dfts D. Schill, Redfern and
               Fenton remanded to custody pending hearing on 9/10/96 at
               1:30 p.m. unless release conditions can be agreed upon
               prior to that time C/R: Greg Frank (seal)
               [Entry date 09/22/96]

9/5/96    13   FINDINGS AND RECOMMENDATION  recommending appointment of
               atty Laurence Ginnings for dft D. Schill by Mag Judge Leif
               B. Erickson (cc: all counsel) (seal) [Entry date 09/22/96]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

9/5/96   14      FINDINGS AND RECOMMENDATION  recommending appointment of
                 atty Gobeo for dft Redfern by Mag Judge Leif B. Erickson
                 (cc: all counsel) (seal) [Entry date 09/22/96]

9/5/96   15      FINDINGS AND RECOMMENDATION recommending appointment of
                 atty Lape for dft Fenton for initial appeaerance only by
                 Mag Judge Leif B. Erickson (cc: all counsel) (seal)
                 [Entry date 09/22/96]

9/5/96   16      ORDER of Detention Pending Hearing on 9/10/96 at 1:30 p.m.
                 by Mag Judge Leif B. Erickson as to Doug Schill (cc: all
                 counsel) (seal) [Entry date 09/22/96]

9/5/96   17      ORDER of Detention Pending hearing on 9/10/96 at 1:30 p.m.
                 by Mag Judge Leif B. Erickson as to Ron Redfern (cc: all
                 counsel) (seal) [Entry date 09/22/96]

9/5/96   18      ORDER of Detention Pending Hearing on 9/10/96 at 1:30 p.m.
                 by Mag Judge Leif B. Erickson as to Mitch Fenton (cc: all
                 counsel) (seal) [Entry date 09/22/96]

9/5/96   19      ORDER setting conditions of release for Ron Redfern (OR
                 w/conditions:  maintain/seek employment; no travel outside
                 Montana without permission of PTS; rpt to PTS as directed;
                 no firearms, alcohol, bars, illegal drugs; submit to random
                 urinalysis and breathalyser testing) by Mag Judge Leif B.
                 Erickson (seal) [Entry date 09/22/96]

9/5/96   20      ORDER setting conditions of release for Mitch Fenton (OR
                 w/conditions:  maintain/seek employment; no travel outiside
                 Montana without permission from PTS, avoid contact with all
                 codefendants; rpt to PTS as directed; no firearms, alcohol,
                 bars, illegal drugs, submit to randon urinalysis and
                 breathalyser testing) by Mag Judge Leif B. Erickson (seal)
                 [Entry date 09/22/96]

9/5/96   21      MINUTES:   before Mag Judge Leif B. Erickson; detention
                 hearings scheduled for 9/10/96 for dfts Redfern and Fenton
                 vacated, said defendants having now been released (seal)
                 [Entry date 09/22/96] [Edit date 09/22/96]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

9/10/96   22      MINUTES:   before Mag Judge Leif B. Erickson; Spcl AUSA
                  Robert Zimmerman and dft w/atty Laurence Ginnings present;
                  govt now recommends dft be released upon posting of $500.00
                  cash bond and confirming bed date at MCDC, and to comply
                  with conditions: maintain/seek employment; no travel outside
                  Lewis & Clark County without permission of PTS; rpt to PTS
                  as directed; no firearms, alcohol, illegal drugs; submit to
                  random urinalysis and breathalyser; enter and complete
                  inpatient treatment and follow all recommendations for after
                  care counseling; dft accepts said conditions and court
                  orders dft be released after posting bond and submitting
                  verification of bed date at MCDC, and that he then comply
                  with conditions listed above; detention hearing vacated;,
                   location: custody pending posting of cash bond and
                  submitting verification of MCDC bed date; C/R: Tammy
                  Stuckey (seal) [Entry date 09/22/96]
                  [Edit date 09/22/96]

9/10/96   23      ORDER SETTING CONDITIONS OF RELEASE as to defendant Doug
                  James Schill; deft to be released upon posting of $500.00
                  cash bond and submitting verification of bed date at MCDC,
                  to then comply with conditions:  maintainn/seek employment;
                  no travel outside MT w/o permission of PTS, rpt to PTS as
                  directed, no guns, alcohol, illegal drugs, submit to ramdon
                  urinalysis and breathalyser testing, enter and complete
                  inpatient treatment and follow all recommendations for after
                  care counseling by Mag Judge Leif B. Erickson    (cc:   all
                  counsel) (seal) [Entry date 09/22/96]
                  [Edit date 09/22/96]

9/10/96   --      Bond Posted ($500.00 cash) by Doug Schill, receipt No. 16672
                  (seal) [Entry date 09/22/96] [Edit date 09/22/96]

9/10/96   28      ARREST Warrant returned executed as to defendant Scott Vega
                  ; defendant arrested on 9/3/96 (seal) [Entry date 09/24/96]

9/13/96   24      MINUTES:   before Mag Judge Leif B. Erickson; crt having
                  been notified by USMS that dft D. Schill has 9/25/96 date
                  for admission to MCDC, dft ordered released from custody
                  on conditions previously ordered. (seal)
                  [Entry date 09/22/96]

9/16/96   25      MOTION for order to try indictments  of this case and that
                  of USA vs. Norma and Scott Vega, CR 96-2-H-CCL together as
                  a single indictment - by Scott Vega  w/c/s (seal)
                  [Entry date 09/24/96]

9/16/96   26      ARREST Warrant returned executed as to defendant Mitch
                  Fenton ; defendant arrested on 9/5/96 (seal)
                  [Entry date 09/24/96]

9/16/96   27      ARREST Warrant returned executed as to defendant Doug
                  Schill ; defendant arrested on 9/5/96 (seal)
                  [Entry date 09/24/96]

Proceedings include all events.                          TERMED
6:96cr28-ALL USA v. Schill, et al

9/16/96   29      ORDER by Judge Charles C. Lovell  adopting  findings and
                  recomendations motion FINDINGS AND RECOMMENDATION
                  recommending appointment of atty Laurence Ginnings for dft
                  D. Schill [13-1]. If later determined to have funds avail
                  to pay own atty fees, crt to consider ordering repymt.
                  (cc: Ginnings, McLean, Gobeo, Harris, Jackson, CCL, FD)
                  (seal) [Entry date 09/24/96]

9/16/96   30      ORDER by Judge Charles C. Lovell  adopting  findings and
                  recomendations motion FINDINGS AND RECOMMENDATION
                  recommending appointment of atty Lape for dft Fenton for
                  initial appearance only [15-1]. If later found to have
                  funds avail to pay own atty fees, crt will consider
                  ordering repymt. (cc: Lape, Jackson, McLean, Ginnings,
                  Gobeo, Harris, CCL, FD) (seal) [Entry date 09/24/96]

9/16/96   31      ORDER by Judge Charles C. Lovell  adopting  findings and
                  recomendations motion FINDINGS AND RECOMMENDATION
                  recommending appointment of atty Gobeo for dft Redfern
                  [14-1]. If later determined to have funds avail to pay own
                  atty fees, crt will consider ordering repymt.  (cc: Gobeo,
                  McLean, Ginnings, Harris, Jackson, CCL, FD) (seal)
                  [Entry date 09/24/96]

9/16/96   32      ORDER by Judge Charles C. Lovell  ; jury trial set for
                  9:30 10/28/96 for Doug Schill, for Ron Redfern, for Scott
                  Vega, for Mitch Fenton.  Re D. Schill, Redfern and Fenton,
                  govt to disclose Rule 16 and exculpatory info by 9/12/96.
                  Re all dfts, all pt motns and supptg brfs due by 9/19/96,
                  rspnsv brfs by 10/3/96; rply brfs, if any or written notc
                  of none by 10/10/96. Rqsts for extnsn due by 5 days prior
                  to filing ddlines.  Any PA due Hlna by 10/14/96. Motns for
                  enlgmt of time to file PA or seeking continuance of trial
                  date  due Hlna by 10/14/96. Absent a signed PA or motn to
                  contin trl date by 10/14/96, clrk to order jry on 10/15/96.
                  Prop voir dire, jry instrns or trial brfs due by 10/18/96.
                   (cc: McLean, Ginnings, Gobeo, Harris, Jackson, CCL, Fed
                  Dfndr, Jry clrk) (seal) [Entry date 09/24/96]

9/17/96   33      RULE 40 Documents received from District of Oregon as to
                  defendant Tina Hollins as follows: Minutes of 9/10/96
                  Initial Aprnc; Minutes of 9/11/96 Detention Hrg.; Waiver of
                  Rule 40 Hrgs; Order of Removal; Order Setting Conditions of
                  Release; docket sheet. (seal) [Entry date 09/24/96]
                  [Edit date 09/24/96]

9/17/96   34      ORDER by Judge Charles C. Lovell  adopting  findings and
                  recomendations motion FINDINGS AND RECOMMENDATION
                  recommending appointment of atty Douglas D. Harris to
                  represent dft Vega [6-1]. If dft later determined to have
                  funds avail to pay own atty fgees, crt will consider
                  ordering repymt. (cc: McLean, Ginnings, Gobeo, Jackson, CCL,
                  Fed Dfndr) (seal) [Entry date 09/24/96]

Proceedings include all events.                          TERMED
6:96cr28-ALL USA v. Schill, et al

                    [Edit date 09/24/96]

9/23/96   35   NOTICE of intent to plead glty by Mitch Fenton  w/c/s (seal)
               [Entry date 09/24/96]

9/23/96   41   MOTION to extend time to file brief in suppt of his motn
               for trial together of indictments by Scott Vega    w/c/s
               (seal) [Entry date 10/01/96]

9/23/96   42   AMENDED MOTION for trial together of indictments in this
               case and CR 96-2-H-CCL,  by Scott Vega    wcs (seal)
               [Entry date 10/01/96]

9/24/96   36   MINUTES before Mag Judge Robert M. Holter: AUSA/Harper,
               deft cnsl/John Keith, deft & USPO/Bruce Watters present;
               dft Tina Hollins arraigned; NOT GUILTY plea entered to all
               charges; Attorney John Keith present for this hrg only;CJA
               23 filed. Crt advises deft that a trial date will be set by
               Judge Lovell. Deft released O/R w/o obj, subj to
               conditions: (1)make all crt appearances; (2)under
               supervision of PT Svc; (3)submit name & address of nearest
               living relative to PT Svc; (4)not use alcohol/drugs;
               (5)submit to urinalysis; (6)submit to search; (7)weekly
               contact w/PT Svc.  location: LR. C/R: Anne Perron (Great
               (seal) [Entry date 09/24/96]

9/24/96   37   CJA Form 23 (Financial Affidavit) as to Tina Hollins (seal)
               [Entry date 09/24/96]

9/24/96   38   ORDER setting conditions of release for Tina Hollins  ( O/R
               release; No Bond) by Mag Judge Robert M. Holter; cpys to
               cnsl, deft, USM, USPO (seal) [Entry date 09/24/96]

9/26/96   39   CJA Form 20 (Attorney Payment Voucher) as to Tina Hollins
               (seal) [Entry date 09/26/96]

9/27/96   40   ARREST Warrant returned executed as to defendant Tina
               Hollins ; defendant arrested on 9/10/96 (seal)
               [Entry date 09/27/96]

10/2/96   43   ORDER by Judge Charles C. Lovell  ; jury trial set for
               9:30 11/18/96 for Artie Schill, for Doug Schill, for Ron
               for Scott Vega, for Mitch Fenton, for Tina Hollins - govt
               to discl exculpatory info by 10/3/96, all pretrial mtns by
               10/10/96, resp briefs by 10/25/96, rply briefs by 11/1/96,
               p/a by 11/4/96, clerk to order jury 11/5/96, prop voir dire
               and jury inst due 11/8/96, govt trial brief due 11/8/96
               (cc: Jackson, Harris, Gobeo, Ginnings, McLean, CCL, Clk,
               USM, PRO, Gayle - dmz for baf) (seal) [Entry date 10/09/96]

10/3/96   44   ORDER by Mag Judge Robert M. Holter  as to Tina Hollins
               John Keith (cc: all counsel) (seal) [Entry date 10/09/96]

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

10/4/96   45      ORDER by Judge Charles C. Lovell  as to Tina Hollins -
                  Richard J. Pyfer to represent for proceedings other than
                  initial appearance (cc: Jackson, Gobeo, Harris, Ginnings,
                  McLean, Pyfer) (seal) [Entry date 10/09/96]

10/4/96   46      ORDER by Judge Charles C. Lovell for order as to Scott
                  Vega, and  ; change of plea hearing set for 9:30
                  10/28/96 (cc:  Jackson, Gobeo, Harris, Ginnings, McLean,
                  Pyfer, Tina, USM, PRO, CCL, TC) (seal) [Entry date 10/09/96]

10/4/96   --      PROPOSED p/a submitted by defendant Scott Vega is in file
                  CR-92-2-H-CCL (seal) [Entry date 10/09/96]

10/10/96  47      MOTION for discovery  by Doug Schill  w/c/s (seal)
                  [Entry date 10/18/96]

10/15/96  53      CJA Form 20 (Attorney Payment Voucher No. 0733009) to Tim
                  Lape, approved for $108 as to Mitch Fenton (seal)
                  [Entry date 10/23/96]

10/17/96  48      RESPONSE by USA  to  Doug Schill's motion for discovery
                  [47-1]  w/c/s (seal) [Entry date 10/18/96]

10/18/96  49      SUPERSEDING Information by USA  naming Scott Vega (4)
                  count(s) 1s (seal) [Entry date 10/18/96]

10/18/96  50      WAIVER of indictment by Scott Vega (seal)
                  [Entry date 10/18/96]

10/18/96  51      MINUTES:   before Judge Charles C. Lovell. Dft S/E.
                  Reviewed chrgs and plea agmt w/cnsl.  Satisf w/cnsl and
                  signed PA. Found competent to enter plea. He underst chrgs
                  & penalties, plea voluntary and supptd by facts. Rdg
                  waived.  Guilty plea entered by Scott Vega to felony
                  information. Sentencing hearing set for 10:30 1/17/97  at
                  Helena, MT for Scott Vega.Dft to remain in custody of USM.
                  C/R: Tina Brilz (seal) [Entry date 10/18/96]

10/18/96  52      STENO NOTES of proceedings  before Judge Charles C. Lovell
                  ( Court Reporter: Tina Brilz)  Hearing date: 1/18/96
                  minutes Change of plea, Christopher Scott Vega [51-3] (seal)
                  [Entry date 10/18/96]

10/28/96  54      MEMORANDUM by Doug Schill  in support of [47-1]  motion for
                  discovery.  w/c/s (seal) [Entry date 11/04/96]

10/30/96  55      TRANSCRIPT of proceedings for the following date(s):
                  10/18/96  held in Helena, MT on chg of plea-S.Vega (Re: )
                  (seal) [Entry date 11/04/96]

11/1/96   56      MOTION to extend plea agmt ddline  by Mitch Fenton w/c/s
                  (seal) [Entry date 11/04/96]

Proceedings include all events.                          **TERMED**
6:96cr28-ALL USA v. Schill, et al

11/1/96   57      MOTION for writ of habeas corpus to produce Artie Schill
                  on 11/18/96 9:30 a.m. Hlna by USA as to Artie Schill (seal)
                  [Entry date 11/04/96]

11/4/96   60      MOTION for extension of time to file plea agreement and to
                  continue trial by Doug Schill w/c/s (seal)
                  [Entry date 11/08/96]

11/5/96   58      PETITION for writ of Habeas Corpus (ad prosequendum)   by
                  USA as to Artie Schill (seal) [Entry date 11/07/96]

11/5/96   59      ORDER by Mag Judge Leif B. Erickson  granting  motion for
                  writ of Habeas Corpus (ad prosequendum) [58-1] (cc:  all
                  counsel) (seal) [Entry date 11/07/96]

11/5/96   --      WRIT of Habeas Corpus ad Prosequendum issued for production
                  of Artie Schill for court on 11/26/96 at 1:30 p.m.,
                  Missoula, before USMJ Erickson; original and copy of writ
                  w/certified copy of Order to USM/Blgs; copy of order and
                  writ to McLean, copies of writ to USM/Msla, USPO/Msla and
                  Martin-Lake & Associates (seal) [Entry date 11/07/96]

11/5/96   61      MOTION to enlarge filing time for plea agreement and  to
                  join motion to continue trial of Doug Schill [60-1] by Ron
                  Redfern w/c/s (seal) [Entry date 11/08/96]
                  [Edit date 11/08/96]

11/6/96   62      ORDER by Judge Charles C. Lovell granting motion to continue
                  trial [60-1], granting motion to join motion to continue
                  trial of Doug Schill [60-1] [61-1] as to Doug Schill
                  granting motion to extend plea agmt ddline [56-1]. All delay
                  occfasioned by the cont will be excluded form dfts' speedy
                  trial calculations. Delay attributable to filing, briefing
                  and deciding of pretrial mots will be excluded. Jury trial
                  set for 11/18/96 is vacated and now set for 9:30 1/6/97 at
                  Helena. Deadline for filing plea agreement is extended to
                  12/23/96.  Any party seeking cont of trial date shall file
                  mot on or bef 12/23/96. In absence of plea agreement or mot
                  to cont trial date by 12/23/96, Clk will order jury on
                  12/24/96.  Proposed voir dire and jury instructions shall be
                  on file by 12/27/96. The Gov shall submit trial brf on or
                  bef 12/27/96, need not be srvd on dfns cnsl.  Dfns cnal may,
                  but not req to, submit same and need not srv gov. cc: CCL,
                  Clk, USM, Prob, Crt Rpr, McLean, Dfns cnsl-5 (seal)
                  [Entry date 11/08/96] [Edit date 11/08/96]

11/25/96  64      ARREST Warrant returned executed as to defendant Artie
                  Schill ; defendant arrested on 11/18/96 (baf)
                  [Entry date 12/02/96]

Proceedings include all events.                                          TERMED
6:96cr28-ALL USA v. Schill, et al

11/26/96 63     MINUTES before Mag Judge Robert M. Holter regarding [1-1]:
                AUSA/Harper, deft cnsl/James Obie, deft/Arnie Schill &
                USPO/Watters present. Deft ATN (Arnie); deft has cpy of
                indict & waives reading; AUSA adv re charges & possible
                penalties. Crt adv deft re his rights; Deft Artie Schill
                pleads NOT GUILTY to charges of indict. Crt advises deft
                that CCL will set trial schedule. AUSA/Harper advises that
                deft is writ from Washington Cnty Jail in Hillsboro, OR.
                USPO recommends detention. AUSA moves for detainer; Crt
                orders federal detainer placed on deft. Crt orders deft deft
                remanded to custody of USM for detention pending trial &
                requirements of CCL. location: LC. C/R: Lisa Lewis (GF)
                (seal) [Entry date 11/26/96] [Edit date 11/26/96]

11/27/96 65     ORDER by Judge Charles C. Lovell finding that all delay
                occasioned by a continuance of the trial setting to be
                excluded from dfts speedy trial calc purs to
                18:3161(h)(8)(A). Delay attributable to filing, briefing
                and deciding of PT motns to be excluded purs to
                18:3161(h)(1)(F) & (J).ORDERED THAT 1/6/97 jury trial
                setting is vacated and is now reset for 9:30 1/13/97 at
                Helena, MT for Artie Schill, for Doug Schill, for Ron
                Redfern, for Christopher Scott Vega, for Mitch Fenton, for
                Tina Hollins ;Pertaining to Artie Schill only, govt  to
                disclose Rule 16 and exculpatory info by 12/4/96. All
                pretrial motions and brfs are due 12/11/96, with respns
                brfs due 12/26/96 and rply brfs or written notc of none by
                1/3/97 for Artie Schill. Any PA due by 12/30/96.  Motns
                for enlgmt of time to file PA or seking contin of trial
                date due by 12/30/96.  Absent signed PA or motn to contin
                trial date by 12/30/96, clrk to order jry on 12/31/96. Prop
                voir dire, jury instrns and trial brfs due by 1/3/97. (cc:
                tMcLean, Obie, Ginnings, Gobeo, Harris, Jackson, Pyfer,
                CCL,CLK,USM,PO,RPR) (baf) [Entry date 12/02/96]

12/2/96  66     NOTICE by USA of Disclosure of Evidence,  w/c/s (baf)
                [Entry date 12/02/96]

12/6/96  67     ORDER by Judge Charles C. Lovell  as to Artie Schill.
                Ordered that Mr. Obie is apptd to rep dft Arnie Schill for
                the arraignmt and for the prupose of obtaining and filling
                a fully completed and signed financial affidavit, said
                affdt to be filed by 12/13/96.  Upon examination of the
                affdvt, the crt will determine whether or not Mr. Schill is
                entitled to have the court appt cnsl for him under the
                Criminal Justice Act. (cc: Obie, Gobeo, Ginnings, Harris,
                Jackson, Pyfer, McLean, Fed Dfndr, CCL). (baf)
                [Entry date 12/12/96]

12/12/96 68     MOTION to extend time to file pretrial motions and
                Supporting Briefs by Tina Hollins w/c/s (gar)
                [Entry date 12/13/96]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

12/13/96 69     ORDER by Judge Charles C. Lovell granting motion of Tina
                Hollins to extend time to file pretrial motions [68-1]    ;
                pretrial motions and briefs set for 12/18/96 for Tina
                Hollins (cc: Clk, McLean, Obie, Ginnings, Gobeo, Harris,
                Jackson, Pyfer) (gar) [Entry date 12/13/96]

12/17/96 70     CJA Form 23 (Financial Affidavit) as to Artie (Arnie)
                Schill (dmz) [Entry date 12/23/96]

12/18/96 71     ORDER by Judge Charles C. Lovell  as to Artie (Arnie)
                Schill (cc: Donhoe, AUSA, CCL, TC, Obie) (dmz)
                [Entry date 12/23/96]

12/18/96 72     MOTION to suppress documents not produced prior to the ddl
                for production of documents by Tina Hollins (dmz)
                [Entry date 12/23/96]

12/18/96 73     MOTION to produce stmts of admissions or confessions and
                to suppress such evidence by Tina Hollins (dmz)
                [Entry date 12/23/96]

12/18/96 73     MEMORANDUM by defendant Tina Hollins  in support of [73-1]
                (dmz) [Entry date 12/23/96]

12/18/96 73     MOTION for discovery info  by Tina Hollins (dmz)
                [Entry date 12/23/96]

12/18/96 73     MEMORANDUM by defendant Tina Hollins in support of mtn for
                discovery [73-1] (dmz) [Entry date 12/23/96]

12/18/96 73     MOTION to produce all evidence intended to be used at
                trial by Tina Hollins (dmz) [Entry date 12/23/96]

12/26/96 74     RESPONSE by USA  to Tina Hollins' pretrial motns, stating
                all pt motns should be denied but specifically the motion
                for discovery info [73-1], Dft's motion for requesting
                Motion of Plf's intention to use evidence, and motion to
                suppress documents [72-1].  w/c/s (baf)
                [Entry date 01/02/97]

12/30/96 75     MOTION to extend time to file plea agmt  by Ron Redfern,
                w/c/s (baf) [Entry date 01/02/97]

12/30/96 76     MOTION to extend time to file plea agmt  by Tina Hollins
                w/c/s (baf) [Entry date 01/02/97]

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

12/30/96 77    ORDER by Judge Charles C. Lovell. Any delay occasioned by
               the contin of trial setting to be excluded frm dfts speedy
               tria l calc purs to 18:3161(h)(8)(A). Delay attributable to
               filing, briefing and deciding of P T motns to be excluded
               purs to 18:3161(h)(1)(F) & (J))  Ordered the 1/13/97 trial
               setting is vacated and is now reset for 9:30 2/17/97  at
               Helena, MT for Arnie Schill, for Doug Schill, for Ron
               Redfern, for Mitch Fenton, for Tina Hollins. Any Plea agmt
               due clrk's ofc Hlna by 2/3/97. Motns to continue trial or
               motn to continue due by 2/3/97. Absemt signed plea agmt or
               motn to contin trial date by 2/3/97 clerk to order jury
               2/4/97. Prop voir dire, jury instrns and trial brfs due
               2/7/97. (cc: Ginnings, Pyfer, Obie, Gobeo, Jackson, McLean,
               CCL, CLK, USM, PO,RPR) (baf) [Entry date 01/02/97]
               [Edit date 02/03/97]

12/30/96 78    MOTION to extend time to file plea agmt, and to continue
               trial by Doug Schill w/c/s (baf) [Entry date 01/03/97]

12/31/96 79    MOTION to extend time to file plea agmt  by Arnie Schill
               w/c/s (baf) [Entry date 01/03/97]

1/2/97   --    Lodged PLEA Agreement as to Mitch Fenton (baf)
               [Entry date 01/03/97]

1/3/97   80    ORDER by Judge Charles C. Lovell  2/17/97 being a
               designated  holiday, ordered that the trial is reset for
               9:30 2/18/97 at Helena, MT  for Arnie Schill, for Doug
               Schill, for Ron Redfern, for Christopher Scott Vega, for
               Mitch Fenton, for Tina Hollins (cc:  McLean, Obie Gobeo,
               Harris, Jackson, Pyfer, CCL,CLK,USM,PO,RPR) (baf)
               [Entry date 01/03/97]

1/6/97   81    MOTION for US Marshal to transport witness Arnie Schill
               for testimony 2/17/97 by Arnie Schill w/c/s (baf)
               [Entry date 01/07/97]

1/13/97  82    ORDER by Judge Charles C. Lovell  - change of plea hearing
               set for 9:30 1/30/97 at Helena, MT  for Mitch Fenton (cc:
               Pyfer, Jackson, harris, Gobeo, Ginnings, Obie, McLean,
               CCL,CLK,USM,PO,RPR) (baf) [Entry date 01/14/97]

1/15/97  83    MOTION for reconsideration of detention order by Arnie
               Schill (mk) [Entry date 01/16/97]

1/16/97  84    ORDER by Mag Judge Robert M. Holter granting motion for
               reconsideration of detention order [83-1] ; detention
               hearing set for 1:00 1/22/97 for Arnie Schill in Missoula
               (cc: all counsel; USM/GF, USPO/GF, USPO/HLNA) (mk)
               [Entry date 01/16/97]

1/16/97  --     FILE DELIVERED to Missoula for Mag Holter Hrg on Arnie
               Schill (baf) [Entry date 01/16/97]

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

1/21/97  --      REMARK - Rec'd letter from Arnie Schill asking for new
                 counsel or asking for extension on plea agmt and trial.
                 (kept on left side of file) (baf) [Entry date 01/29/97]

1/22/97  --      MINUTES: before Mag Judge Robert M. Holter with
                 AUSA/McLean, defendant in custody and present with counsel
                 Kirk S. Bond substituting for this hearing only; detention
                 hearing held on 1/22/97   C/R: Jacquie J. Chaney, Martin
                 Lake & Associates (mk) [Entry date 01/28/97]

1/27/97  85      MOTION for continued release pending sentencing  by Mitch
                 Fenton  w/c/s (baf) [Entry date 01/29/97]

1/28/97  86      ORDER of Detention by Mag Judge Robert M. Holter as to Arnie
                 Schill (cc: all counsel) (mk) [Entry date 01/28/97]
                 [Edit date 01/29/97]

1/28/97  --      FILE DELIVERED to C/C Helena for further proceedings (mk)
                 [Entry date 01/28/97]

1/28/97  87      MOTION for  chg of plea hearing  by Arnie Schill w/c/s (baf)
                 [Entry date 01/29/97]

1/28/97  88      ORDER by Judge Charles C. Lovell  granting  motion for  chg
                 of plea hearing [87-1]  - change of plea hearing set for
                 10:00 2/13/97 for Arnie Schill, for Mitch Fenton (cc:
                 McLean, Obie, Jackson, Ginnings,  Gobeo, Harris, Pyfer,
                 CCL,CLK,USM,PO,RPR; Called Jackson, McLean, USM) (baf)
                 [Entry date 01/29/97]

2/3/97   89      Notice of Intent to File Plea Agmt and MOTION to extend
                 time to file plea agmt by Ron Redfern, w/c/s (baf)
                 [Entry date 02/03/97]

2/3/97   90      MOTION to extend time to file p/a by Tina Hollins and
                 notice of intent to file p/a (dmz) [Entry date 02/06/97]

2/4/97   91      MOTION to continue p/a ddl and trial date by Doug Schill
                 (dmz) [Entry date 02/06/97]

2/4/97   92      ORDER by Judge Charles C. Lovell granting Doug Schill
                 motion to continue p/a ddl and trial date [91-1], granting
                 Redfern motion to extend time to file plea agmt [89-1],
                 granting Hollins motion to extend time to file p/a [90-1] -
                 trial date of 2/18/97 is vacated and reset  ; jury trial
                 set for 9:30 3/3/97, Hlna, for Arnie Schill, for Doug
                 Schill, for Ron Redfern, for Mitch Fenton, for Tina
                 Hollins p/a to be filed by 2/7/97, clerk to order jury
                 2/17/97, prop voir dire and jury inst due 2/21/97, govt to
                 submit a trial brief by 2/21/97, with receipt of p/as from
                 Hollins, Redfern and Doug Schill their COPs will be heard
                 on 2/13/97, 10:00, Hlna (cc: Harris, Jackson, Pyfer,
                 Ginnings, Obie, Gobeo, Tina, USM, CCL, TC) (dmz)
                 [Entry date 02/06/97]

```
Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al
```

2/6/97      --       Lodged PLEA Agreement as to Ron Redfern (baf)
                     [Entry date 02/10/97]

2/6/97      93       ORDER by Judge Charles C. Lovell  - change of plea hearing
                     set for 10:00 2/13/97 for Arnie Schill, for Ron Redfern,
                     for Tina Hollins. (cc: Pyfer, Jackson, Harris, Gobeo,
                     Ginnings, Obie, McLean,  CCL,CLK,USM,PO,RPR) (baf)
                     [Entry date 02/10/97]

2/7/97      --       Lodged PLEA Agreement as to Tina Hollins (baf)
                     [Entry date 02/10/97]

2/10/97     --       Lodged PLEA Agreement as to Arnie Schill (baf)
                     [Entry date 02/10/97]

2/10/97     94       MOTION to continue hrg on entry of plea  by Mitch Fenton
                     w/cs/ (baf) [Entry date 02/10/97]

2/10/97     95       ORDER by Judge Charles C. Lovell  granting  motion to
                     continue hrg on entry of plea [94-1], which is presently
                     set for 2/13/97  - Sentencing hearing set for 2:00 2/27/97
                      at Helena, MT for Mitch Fenton (cc: Jackson, McLean
                     (called), Pyfer, Harris, Gobeo, Ginnings, Obie,
                     CCL,CLK,USM,PO,RPR) (baf) [Entry date 02/10/97]

2/12/97     96       MOTION to extend time to file plea agmt and to continue
                     trial date  by Doug Schill       w/c/s (baf)
                     [Entry date 02/12/97]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

2/13/97   97        MINUTES:    before Judge Charles C. Lovell. CHANGE OF PLEA.
                    A. SCHILL, RON REDFERN, TINA HOLLINS. Deft A. Schill pr
                    w/cnsl Obie; Deft Redfern pr w/cnsl Gobeo; Deft Hollins pr
                    w/cnsl Pyfer.   AUSA McLean pr. uSPO West Estap pr.   Defts
                    S/E.   Schill treated in Virginia for chem dep in 1991.
                    Hollins had mental health cnslg at 15 and will soon be
                    getting mental health cnslg again in Oregon. She takes
                    flexoril and norotripoline for a sleep disorder..   She is
                    capable to proceed. Each reviewed chrgs and PA's w/cnsl.
                    Each signed PA.   Tina Hollins initials a change on Pg 4 of
                    her plea agmt.   AUSA pr factual basis.   Schill agrees he
                    was part of conspiracy, but says AUSA's facts aren't
                    correct. Redfern agrees w/AUSA.   Hollins agrees but doesn't
                    know amts involved. Crt pr rts. Crt finds dfts capable of
                    entering pleas, each underst chrgs and penalties, plea is
                    voluntary and supptd by facts.   Motns for COP granted.   Rdy
                    waived. Guilty plea entered  to one count indct. by Arnie
                    Schill, Ron Redfern, Tina Hollins. Sentencing hearing set
                    for 9:45 5/16/97 at Helena, MT for Arnie Schill, for Ron
                    Redfern, for Tina Hollins.   Schill to remain detained.
                    Detention is mandatory for Redfern and Hollins.   Cnsl for
                    Hollins moves for release pending sntcg and argues this.
                    Wants mental health cnslg for her while out.   Crt finds no
                    special circumstances.   Hollins is remanded.   Cnsl Pyfer
                    may later raise detention issue if cnslg not received for
                    her.   Defts all remanded to USM. ( change of plea hearing
                    held on 2/13/97)    C/R: Tina Brilz (baf)
                    [Entry date 02/13/97]

2/13/97   98        ORDER by Judge Charles C. Lovell  granting Doug Schill's
                    motion to extend time to file plea agmt and to continue
                    trial date [96-1]. Crt finds all delay occasioned by the
                    continuance of the trial setting to be excluded frm defts'
                    speedy trial calc purs to 18:3161(h)(8)(A). The 3/3/97
                    trial setting is vacated and reset for 3/31/97 at 9:30 a.m.
                    at Helena, MT for Doug Schill. Any plea agmt due Hlna by
                    3/17/97.   Motns for contin of trial date due in Hlna
                    3/17/97.   Plea agmt ddline extended to 3/17/97.   Absent a
                    signed plea agmt or motn to contin trial date by 3/17/97,
                    clrk to order jury on 3/18/97.   Prop voir dire, jury
                    instrns and govt trial brfs due 3/21/97.   (cc: McLean,
                    Obie, Gobeo, Pyfer, Ginnings, Harris, Jackson,
                    CCL,CLK,USM,PO,RPR,JRY CLRK) (baf) [Entry date 02/14/97]

Proceedings include all events.                          TERMED
6:96cr28-ALL USA v. Schill, et al

2/14/97   99      ORDER by Judge Charles C. Lovell  - sentencing hearing set
                  for 9:45 5/16/97 at Helena, MT for Arnie Schill, for Ron
                  Redfern, for Hollins. USPO to conduct PSI.  On completion
                  of PSR, prob ofcr to disclose the rpt to dft, his cnsl and
                  govt cnsl by 4/11/97 and not disclose any contents of any
                  recommendation to crt.  After recept of PSR and by 4/25/97,
                  ea cnsl to pr to prob ofcr any obj and if there is dispute
                  over material in PSR, cnsl to meet w/prob ofcr and attempt
                  resolution.  If unable to do so, dft to submit unresolved
                  obj and sntcg memo to crt by 5/9/97 and crt will resolve
                  those disputes.  PSR to be deliv'd to crt by 5/9/97.  Where
                  dispute or their resolution require add'l time, or where
                  dfns cnsl cannot submit unresolved obj or dft's sntcg memo
                  to crt by 5/9/97, cnsl for dft to move crt for a contin of
                  sntcg hrg by 7 days prior to sntcg.    (cc: Obie, Ginnings,
                  Goveo, Harris, Jackson, Pyfer, McLean, CCL,CLK,USM,PO,RPR)
                  (baf) [Entry date 02/18/97]

2/14/97   100     Fenton's motion for resetting of sentencing hrg.w/c/s (baf)
                  [Entry date 02/19/97]

2/14/97   101     MOTION to continue change of plea hrg  by Mitch Fenton
                  w/c/s (baf) [Entry date 02/19/97]

2/20/97   102     ORDER by Judge Charles C. Lovell  granting  motion to
                  continue change of plea hrg [101-1]. Change of plea
                  hearing reset for 9:30 3/21/97  at Helena, MT for Mitch
                  Fenton. (cc: Jackson, McLean, CCL,CLK,USM,PO,RPR)  (baf)
                  [Entry date 02/20/97]

2/21/97   103     TRANSCRIPT of proceedings for the following date(s):
                  2/13/97  held in Helena, MT on Change of Plea (Re:
                  A.Schill, Redfern, T. Hollins) (baf) [Entry date 02/28/97]

2/27/97   104     MOTION  for warrant, to revoke Pretrial Release  by USA
                  as to Doug Schill (kjh) [Entry date 03/19/97]

2/27/97   104     ORDER by Mag Judge Leif B. Erickson  granting  motion  for
                  warrant [104-1]  warrant issued for Doug Schill (cc:   all
                  counsel) (kjh) [Entry date 03/19/97]

2/28/97   --      REMARK - original and copy of Warrant w/copy of Petition
                  and Order to USM/Blgs; cpys of Petition & Order and Warrant
                  to USM/Msla, USPO/Hlna, McLean (kjh) [Entry date 03/19/97]

3/10/97   --      ARREST of defendant Doug Schill  on 3/10/97 (kjh)
                  [Entry date 03/19/97]

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

3/11/97   105      MINUTES:   before Mag Judge Leif B. Erickson regarding
                   [104-2];   AUSA Kris McLean and dft Doug Schill w/atty
                   Laurence Ginnings present, dft Doug Schill having been
                   arrested 3/10/97; dft acknowledges rcpt of copy of Petition;
                    crt advises of rights; dft admits allegations of petition
                   and given factual statement; crt accepts admissioni; govt
                   moves that dft's pretrial release be revoked and that he be
                   detained pending trial; dft opposes and requests hearing;
                   detention hearing set for 2:00 3/12/97 for Doug Schill;
                   dft remanded to custody pending hearing    C/R: Tammy
                   Stuckey (kjh) [Entry date 03/19/97]

3/11/97   106      ORDER of Detention Pending Hearing on 3/12/97 @ 2:00 by Mag
                   Judge Leif B. Erickson as to Doug Schill (cc: all counsel)
                   (kjh) [Entry date 03/19/97]

3/11/97   107      NOTICE  - Document entitled Information purs to 21:851,
                   enabling increased punishment of Deft Doug Schill, as a
                   previous felon. (Cite requires this to be filed as an
                   Information - We cannot put it in as information, as it
                   creates another count, which this is not.) (baf)
                   [Entry date 03/26/97] [Edit date 03/26/97]

3/12/97   108      MINUTES:   before Mag Judge Leif B. Erickson granting motion
                   to revoke Pretrial Release [104-2]   detention hearing held
                   on 3/12/97; AUSA Kris McLean and dft D. Schill w/atty
                   Laurence Ginnings present; Wesley J. Estep s/e for govt and
                   govt rests; Doris Romanisko s/e for dft, dft exhibits 501
                   and 502 adm w/o obj, and dft rests; Wesley J. Estep
                   testified in rebuttal; no surrebuttal; crt finds dft
                   constitutes danger to community and orders detention pending
                   trial C/R: Daina Hodges (kjh) [Entry date 03/19/97]
                   [Edit date 03/26/97]

3/12/97   109      ORDER of Detention Pending Trial by Mag Judge Leif B.
                   Erickson as to Doug Schill (cc: all counsel) (kjh)
                   [Entry date 03/19/97] [Edit date 03/26/97]

3/13/97   110      ARREST Warrant returned executed as to defendant Doug
                   Schill ; defendant arrested on 3/10/97 (baf)
                   [Entry date 03/26/97]

3/17/97   111      MOTION to extend time to file plea agmt, and for leave to
                   change plea by Doug Schill  w/c/s (baf)
                   [Entry date 03/18/97] [Edit date 03/26/97]

3/17/97   112      ORDER by Judge Charles C. Lovell  granting  motion to extend
                   time to file plea agmt [109-1], granting  motion for leave
                   to change plea [109-2].  A signed plea agreement shall be
                   lodged by 3/4/97.  Ordered that the 3/31/97 jury trial date
                   is vacated with remaining attendant deadlines. On recpt of
                   plea agmt, crt will fix a  date for entry of plea.   (cc:
                   McLean, Pyfer, Obie, Ginnings, Gobeo, Harris, Jackson,
                   CCL,CLK,USM,PO,RPR) (baf) [Entry date 03/18/97]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

                        [Edit date 03/26/97]

3/20/97   --       LODGED PLEA Agreement as to Doug Schill (baf)
                   [Entry date 03/24/97]

3/20/97   --       Lodged Information on Doug Schill (baf)
                   [Entry date 03/24/97]

3/21/97   113      STENO NOTES of proceedings  before Judge Charles C. Lovell (
                   Court Reporter: Tina Brilz)  Hearing date: 3/21/97 minutes
                   Change of plea [107-2] (baf) [Entry date 03/24/97]
                   [Edit date 03/26/97]

3/21/97   114      MINUTES:   before Judge Charles C. Lovell.  Deft pr w/cnsl
                   Jackson.  AUSA Hubley pr.  USPO Wes Estep pr.  Deft S/E.
                   Reviewed chrgs and plea agmt w/cnsl.  Agrees w/AUSA's
                   factual basis.  Found competent to enter plea, he underst
                   chrgs and penbalties, plea is voluntary and supptd by fact.
                    Guilty plea entered  to Cnt 1 of indct by Mitch Fenton.
                    Sentencing hearing set 9:45 6/20/97 at Helena, MT for
                   Doug Schill.  There is a motn for release pending sntcg.
                   Govt does not oppose. Cnsl Jackson argues.  Crt finds
                   special circumstance and allows release pending sntc on
                   same conditns.  C/R: Tina Brilz (baf) [Entry date 03/26/97]

3/21/97   115      ORDER by Judge Charles C. Lovell  - sentencing hearing set
                   for 9:45 6/20/97 at Helena, MT for Mitch Fenton.  USPO to
                   conduct PSI.  On completion of PSR, prob ofcr to disclose
                   the rpt to dft, dft cnsl and govt cnsl by 5/16/97 and not
                   disclose any recomm to crt.  After rcpt of PSR and by
                   5/30/97, ea cnsl to pr to prob ofcr any obj; and if there
                   is a dispute  cnsl to meet w/prob ofcr and attempt
                   resolution.  If unable to do so, dft to submit unresolved
                   obj and sntcg memo to crt by 6/13/97 and crt will resolve.
                   PSR due by 6/13/97.  Where disputes or their resolution
                   require add'l time, or where dfns cnsl cannot submit
                   unresolved obj or dft's sntcg memo to crt by 6/13/97, cnsl
                   for dft to move crt for a contin of sntcg hrg by 7 days
                   prior to sntcg.  (cc: McLean, Obie, Ginnings, Gobeo,
                   Harris, Jackson, Pyfer, CCL, CLK, USM, PO, RPR) (baf)
                   [Entry date 03/26/97]

3/21/97   116      ORDER by Judge Charles C. Lovell  - change of plea hearing
                   set for 9:45 4/11/97 for Doug Schill. (cc:  McLean, Obie,
                   Ginnings, Gobeo, Harris, Jackson, Pyfer,
                   CCL,CLK,USM,PO,RPR) (baf) [Entry date 03/26/97]

3/25/97   117      TRANSCRIPT of proceedings for the following date(s):
                   3/21/97  held in Helena, MT on Chg Plea,Mitch Fenton (Re: )
                   (baf) [Entry date 03/26/97]

4/7/97    118      MOTION for Rule 35  by USA as to Arnie Schill w/c/s (baf)
                   [Entry date 04/09/97]

Docket as of June 17, 2003 8:38 am                      Page 24

Proceedings include all events.                              **TERMED**
6:96cr28-ALL USA v. Schill, et al

4/11/97   119      SUPERSEDING Information by USA  naming Doug Schill (2)
                   count(s) 1s (baf) [Entry date 04/11/97]
                   [Edit date 04/11/97]

4/11/97   120      MINUTES:   before Judge Charles C. Lovell. Deft pr in
                   custody w/cnsl Ginnings.  AUSA McLean pr.   Dft S/E.
                   Reviewed chrgs and PA w/cnsl.  Satisf w/cnsl and signed PA.
                    No promises made not disclosed to crt.  No threats or
                   force.   Agrees with AUSA's factual basis.  Crt pr rts.   Crt
                   finds dft competent to enter plea.  He underst chrgs and
                   penalties. Plea voluntary and supptd by facts.  Guilty
                   plea entered to information by Doug Schill. Crt accepts
                   plea.Sentencing hearing set for 8/5/97 at 10:15 a.m.
                   Hlna, MT for Doug Schill. Govt is seeking enhanced penalty.
                    Crt asks if deft was previously convicted and informs deft
                   of right to challenge.  Deft admits the prior conviction.
                   Deft to remain detained.  Dft cnsl wants to reserve rt to
                   detention hrg.  Granted.  Dft remanded. ( change of plea
                   hearing held on 4/11/97) C/R: Tina Brilz (baf)
                   [Entry date 04/11/97]

4/11/97   121      TRANSCRIPT of proceedings for the following date(s):
                   4/11/97  held in Helena, MT on Change of Plea/D.Schill (Re:
                   ) (baf) [Entry date 04/14/97]

4/14/97   122      ORDER by Judge Charles C. Lovell that Doug Schill's 8/5/977
                   sentencing is vacated, that Mitch Fenton's June 20, 1997
                   sentencing is vacated, and that the sentencings for  Arnie
                   Schill, Ron Redfern, Tina Hollins and Scott Vega set
                   5/16/97 are vacated. Sentencing hearing is now set down
                   for all defts at 9:30 6/26/97 at Helena, MT., USPO to
                   conduct presntc investigation of Doug Schill per
                   Fed.R.Crim.P.32(b) and 18:3552(a).  On completion of PSR
                   prob ofcr to disclose the rpt to dft, his cnsl and govt
                   cnsl by 5/22/97 and not disclose any recomm. to crt. After
                   rcpt of PSR and by 6/5/97, ea cnsl to pr to prob ofcr any
                   obj; and if there is dispute, to meet w/prob ofcr and
                   attempt resolution.  If unable to do so, dft to submit
                   unresolved obj and sntcg memo to crt by 6/19/97 and crt
                   will resolve.  PSR due by 6/19,97.  Where disputes or their
                   resolution require add'l time, or where dfns cnsl cannot
                   submit unresolved obj or sntcg memo by 6/19/97, dft cnsl to
                   move crt for a contin of sntcg hrg by 7 days prior to
                   sntcg.  (cc: Obie, Ginnings, Gobeo, Harris, Jackson,
                   Pyfer, McLean, CCL,CLK,USM,PO,RPR) (baf)
                   [Entry date 04/14/97]

5/8/97    123      MOTION for release of $500 bond  by Doug Schill  w/c/s (baf)
                   [Entry date 05/08/97]

5/8/97    124      MOTION for detention hearing  by Doug Schill w/c/s (baf)
                   [Entry date 05/08/97]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

5/29/97   125     ORDER by Judge Charles C. Lovell  denying motion for
                  detention hearing [124-1], granting  motion for release of
                  $500 bond [123-1] (cc:  all counsel) (baf)
                  [Entry date 05/29/97]

6/2/97    126     MOTION  for authorization of a psychiatric examination by
                  Tina Hollins w/c/s (gar) [Entry date 06/05/97]

6/3/97    127     ORDER by Judge Charles C. Lovell granting motion for
                  authorization of a psychiatric examination [126-1]. Dr.
                  Munn allowed to visit dft at the expense of US gov't
                  (Marshall's Svs) in order to make evaluation of her
                  depression and to prescribe antidepressants for her. If he
                  prescribes such meds, it is ordered that the US Marshall's
                  Office assume responsibility for payment of that expense.
                  cc: CCL, USM, Pyfer, McLean (gar) [Entry date 06/05/97]

6/13/97   128     ORDER by Judge Charles C. Lovell - Dr Robert Caldwell is
                  allowed to visit deft Hollins at the expense of the USM
                  Service in order to evaluate her depression and, if
                  necessary, to prescribe antidepressamt medication, if
                  medication is prescribed by Dr Caldwell for deft Hollins
                  the USM shall assume responsibility for the payment of that
                  expense (cc: Pyfer (called and copy), McLean, USM, CCL, GR)
                  (dmz) [Entry date 06/16/97]

6/19/97   129     SENTENCING memorandum as to Ron Redfern (baf)
                  [Entry date 06/20/97]

6/19/97   130     OBJECTIONS by Ron Redfern to Sentencing Memo [129-1] (baf)
                  [Entry date 06/20/97]

6/20/97   131     SENTENCING memorandum as to Arnie Schill (baf)
                  [Entry date 06/20/97]

6/20/97   132     Govt MOTION for Rule 35  by USA as to Ron Redfern  w/c/s
                  (baf) [Entry date 06/30/97]

6/20/97   133     Govt MOTION for Rule 35  by USA as to Christopher Scott
                  Vega  w/c/s (baf) [Entry date 06/30/97]

6/20/97   134     Govt MOTION for Rule 35  by USA as to Mitch Fenton  w/cs/
                  (baf) [Entry date 06/30/97]

6/20/97   135     Govt MOTION for Rule 35  by USA as to Tina Hollins  wcs (baf)
                  [Entry date 06/30/97]

6/26/97   136     PLEA Agreement as to Arnie Schill (baf)
                  [Entry date 06/30/97]

6/26/97   137     SENTENCING memorandum as to Arnie Schill  (This is copy -
                  unsure where original is) (baf) [Entry date 06/30/97]

6/26/97   138     PLEA Agreement as to Doug Schill (baf) [Entry date 06/30/97]

Proceedings include all events.                          **TERMED**
6:96cr28-ALL USA v. Schill, et al

| 6/26/97 | 139 | Deft's SENTENCING memorandum as to Doug Schill (baf) [Entry date 06/30/97] |
|---------|-----|------|
| 6/26/97 | 140 | PLEA Agreement as to Ron Redfern (baf) [Entry date 06/30/97] |
| 6/26/97 | 141 | PLEA Agreement as to Christopher Scott Vega (baf) [Entry date 06/30/97] |
| 6/26/97 | 142 | PLEA Agreement as to Mitch Fenton (baf) [Entry date 06/30/97] |
| 6/26/97 | 143 | SENTENCING memorandum as to Mitch Fenton (baf) [Entry date 06/30/97] |
| 6/26/97 | 144 | Deft's SUPPLEMENTAL SENTENCING memorandum as to Mitch Fenton (baf) [Entry date 06/30/97] |
| 6/26/97 | 145 | PRESENTENCE Report as to Arnie Schill (original sealed and kept in vault). (baf) [Entry date 06/30/97] |
| 6/26/97 | 146 | PRESENTENCE Report as to Doug Schill (original sealed and kept in vault). (baf) [Entry date 06/30/97] |
| 6/26/97 | 147 | PRESENTENCE Report as to Christopher Scott Vega (original sealed and kept in vault). (baf) [Entry date 06/30/97] |
| 6/26/97 | 148 | PRESENTENCE Report as to Mitch Fenton (original sealed and kept in vault). (baf) [Entry date 06/30/97] |
| 6/26/97 | 149 | PRESENTENCE Report as to Tina Hollins (original sealed and kept in vault). (baf) [Entry date 06/30/97] |

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

6/26/97  150        MINUTES:    before Judge Charles C. Lovell. SENTENCING -
                    A.SCHILL, D. SCHILL, S. VEGA, M. FENTON, T. HOLLINS. A.
                    Schill pr w/cnsl J. Obie; Doug Schill pr w/cnsl L. Ginnings;
                     Ron Redfern pr w/cnsl B.  Gobeo, Scott Vega pr w/cnsl D.
                    Harris, M. Fenton pr w/cnsl G. Jackson; Tina Hollins pr
                    w/cnsl Rick Pyfer. AUSA Robert J. Brooks pr. USPO Wes step
                    and Scott Erickson pr.  All reviewed PSR w/cnsl and
                    discussed rts w/cnsl. PSRs to be sealed in record.
                    Disputes settled on Scott Vega, Arnie Schill, Ron Redfern,
                    Mitch Fenton, Doug Schill and Norma Vega. Cr pr rt of
                    allocution to all. SCOTT VEGA - Offense level 35; Criminal
                    history 4, Range 235-293 mos. with Rule 35 pending. Cnsl
                    Harris hrd, Deft hrd.  JGMT: Scott Vega remanded CAG 144
                    mos. which reflects granting of Rule 35. Supv rels 5 yrs.
                    Spl assmt of $50.  Conditns to follow. ARNIE SCHILL -
                    Offense level 29, Criminal history 4; Range 121-151 mos.,
                    with Rule 35 pending. This should have been offense level
                    26, Crim. history 4, Range 92-115 mos. Russell Ginaw S/T
                    for deft. Cnsl Obie hrd. Deft hrd. JGMT: Arnie Schill
                    remanded CAG 56 mos, reflects granting of Rule 35 motn.
                    Supv rels 5 yrs.  Pay spl assmt of $100. Conditions to
                    follow. MITCH FENTON- Offense level 27; Criminal history 2,
                    Range 78-97 mos, with Rule 35 pending. Cnsl Jackson hrd,
                    Dft hrd.  JGMT - Mitch Fenton remanded CAG 29 mos.  Rule 35
                    granted.  Supv rels 5 yrs.  Crt recommends boot camp and
                    will assist if deft so wishes. Conditions to follow.
                    Fenton moves for and is granted voluntary surrender.  To
                    report when and where notified by 2 p.m. that date.  TINA
                    HOLLINS -  Offense level 21, Criminal history 1, Range
                    37-46 mos.  Cnls Pyfer hrd. Asks Dublin CA for incarc in
                    order that cnslg may continue.  Dft hrd. JGMT - Deft
                    Hollins remanded CAG 15 mos. to be served in Community
                    Corrections Component in the prerelease center nearest her
                    home.  The Rule 35 is granted.  Supv rels 4 yrs.  Pay spl
                    assmt of $100.  Conditions to follow. Hollins asks for
                    voluntary surrender.  Granted.  To rpt when and where
                    notified by 2 p.m. on that date. DOUG SCHILL - Offense
                    level 4, Criminal history 5, Range 4-10 mos. Cnsl Ginnings
                    hrd.  Dft hrd.  JGMT:  Deft Doug Schill on probation 3 yrs.
                     As conditn of probatn, to srv 10 mo confinemt at the Butte
                    Prerelease Center in the Community Corrections Component.
                    Pay spl assmt of $50.  Conditns to follow.  Dft asks credit
                    for time served.  Done.  Asks for vol surrender.  Granted.
                    To rpt at own expense by 2 p.m. on date notified. RON
                    REDFERN - Offense level 27, Criminal history 2, Range 78-97
                    mos. Cnsl Gobeo hrd.  Dft hrd.  Govt states that there is a
                    letter which indicates Deft Redfern might be of further
                    assistance to govt.  Crt could sentc today w/o benefit of
                    Rule 35 or contin sntcg.  Dft asks for continuance.
                    Sentencing to be continued re Ron Redfern. CONDITIONS FOR
                    ALL DEFTS:  May commit no crimes, no firearms or
                    explosives.  No controlled substances w/o prescription.
                    Must abide by spl conditns 1-13 of crt.  Spl conditns:  To
                    ptcipate in a program per USPO for substance abuse and/or

Proceedings include all events.                                        **TERMED**
6:96cr28-ALL USA v. Schill, et al

                mental health, with testing for use of alcohol or drugs.
                To provide USPO financial information requested, and no new
                credit lines may be opened w/o approval of USPO.  Submit to
                search of self, home, car or work per USPO. Community
                service as follows:  200 hrs for S. Vega, A. Schill, D.
                Schill, M. Fenton, T. HOllins.  Doug Schill to pay fine of
                $2,500.  Crt finds no ability to pay fine in the others and
                the community service is in lieu of this. Crt pr rt to
                appeal to all dfts.  Crt adj.  Crt granting motion for Rule
                35 (Vega) [133-1]; granting motion for Rule 35 (Fenton)
                [134-1]; granting motion for Rule 35 (Hollins) [135-1] C/R:
                Tina Brilz (baf) [Entry date 06/30/97]

6/26/97  161      PLEA Agreement as to Tina Hollins (baf)
                [Entry date 07/10/97]

6/27/97  151      JUDGMENT and Commitment entered to U.S. Marshal as to Arnie
                Schill  sentencing  Arnie Schill (1) count(s) 1.
                Committed to custody of BOP 56 mos. This reflects motn for
                downward departure.   Supervised Release 5 yrs. W/i 72 hrs
                of rels frm custody of BOP, to rpt in person to prob. ofc
                where released.  While on supv rels, shall not commit
                another fed., state or local crime, shall not illegally
                possess contrl subst, shall not own or possess firearms or
                explosive devices, shall comply w/stand conditns of crt.
                Dft to ptcipate in progr of subst abuse trtmt and/or mental
                health trtmt, per USPO, to include testing for use of
                drugs/alcohol.  To provide USPO w/i rqstd financial info
                and shall incur no new lines of credit or open add'l lines
                of credit w/o prior approval of prob ofcr.  Shall submit
                person, residence, place of employmt or vehicle to search
                by USPO.  Shall perform 200 hrs commun. srvc at rate of not
                less than 10 hrs per mo per USPO.  Shall not possess or
                ingest alcoholic beverages or be on premises where it is
                chief item of sale.  Shall notify USPO at least 10 days
                prior to changing address.  Crt finds no ability to pay
                fine. Ordered that govt motn for Rule 35 is granted. Pay
                special assessmt of $100.00, due immediately.  Done by
                Judge Charles C. Lovell (cc: Obie, McLean,
                CCL,USM,PO,AUSA-BLG, J/O BOOK VOL 21, Page 660) (baf)
                [Entry date 06/30/97]

6/27/97  152      ORDER by Judge Charles C. Lovell  as to Doug Schill. This
                is entitled Judgment; however it states that deft pleaded
                guilty to Count 1 of the Indictment, when in fact, he
                pleaded to the information, so this judgment is not
                correct, and an Amended Judgment will need to be processed.
                (cc: Ginnings, McLean, CCL, USM, PO, AUSA-Blg, ) (baf)
                [Entry date 06/30/97]

Proceedings include all events.                                    **TERMED**
6:96cr28-ALL USA v. Schill, et al

6/27/97   153        JUDGMENT and Commitment entered to U.S. Marshal as to Mitch
                     Fenton  sentencing  Mitch Fenton (5) count(s) 1 of
                     Indictment. Committed to custody of BOP 29 mos. Reflects
                     granting of Rule 35 motn.  Crt recommends to BOP
                     incarceration at a federal boot camp. On supv rels 5 yrs.
                     W/i 72 hrs of rels frm custody of BOP, to rpt to prob ofc
                     where released.  While on supv rels, dft not to commit
                     another fed., state or local crime, shall not illegally
                     possess contrl subst, shall not own or possess firearms or
                     explosive devices, shall comply w/stand conditns 1-13.  Spl
                     conditns:  Shall ptcipate in progr of subst abuse trtmt
                     and/or mental health trtmt per USPO, to include testing for
                     use of drugs/alcohol.  To provide USPO w/rqstd financial
                     info and shall incur no new lines of credit or open add'l
                     lines of credit w/o prior approval of prob ofc.  Submit
                     person, residence, place of employment or vehicle to search
                     by USPO.  Shall perform 200 hrs community srvc at rate of
                     not less than 10 hrs per month per USPO.  Dft not to
                     possess or ingest alcoholic beverages or be on premises of
                     any establishment where alcohol is chief item of sale.  Dft
                     to notify USPO at least 10 days prior to c hanging address.
                      Crt finds no ability to pay fine.  Ordered that Govt Rule
                     35 motn is granted.  Pay spl assmt of $50, due immediately
                     . Crt finds dft suitable for vol. surrender and orders dft
                     to surrender himself on date and at the time designated in
                     writing by US Marshal's Svc. Done by Judge Charles C.
                     Lovell (cc: Jackson, McLean, CCL, USM, PO< AUSA-Blg, J/O
                     Book Vol 21, Page 661) (baf) [Entry date 06/30/97]

Proceedings include all events.
6:96cr28-ALL USA v. Schill, et al                                    TERMED

6/27/97   154      JUDGMENT and Commitment entered to U.S. Marshal as to Tina
                   Hollins  sentencing  Tina Hollins (6) count(s) 1 Indctmt.
                   Committed to custody of BOP 15 mos, to be srvd in
                   appropriate community corrections component of pre-release
                   center near her home in Oregon, w/credit for time served.
                   Reflects granting of Rule 35 motn. On supv rels 48 mos. W/i
                   72 hrs of rels frm custody of BOP, dft to rpt in person to
                   prob ofc where released.  While on supv rels, shall not
                   commit another fed., state or local crime, shall not
                   illegally possess contrl subst, shall not own or possess
                   firearms or explosive devices, shall comply w/stand
                   conditns 1-13 of this crt.  Spl conditns:  Dft to ptcipate
                   in progr of subst abuse trtmt and/or mental health trtmt
                   approved by USPO, to include testing for use of
                   drugs/alcohol.  To provide USPO w/ rqstd financial info and
                   shall incur no new lines of credit or open add'l lines of
                   credit w/o prior approval of prob ofcr.  Sh all submit
                   person, residence, place of employmt or vehicle to search
                   by USPO.  Shall perform 200 hrs comm;unity srvc at rate of
                   not less than 10 hrs per mo per USPO.  Shall not possess or
                   ingest alcoholic beverages or be on premises of any
                   establishment where alcohol is chief item of sale.  Shall
                   notify USPO at least 10 days prior to changing address. Crt
                   finds no ability to pay fine.  Govt's Rule 35 motn is
                   granted. Pay spl assmt of $100, due immediately.  Crt finds
                   dft suitable for vol. surrender and not likely to flee or
                   pose danger to community.  Ordered that Dft to surrender
                   herself on date and at the time designated in writing by US
                   Marshal's Svc. Done by Judge Charles C. Lovell (cc: Pyfer,
                   McLean, CCL, USM, PO, AUSA Blg, J/O Book Vol 21, Pg 662)
                   (baf) [Entry date 06/30/97]

Proceedings include all events.                          **TERMED**
6:96cr28-ALL USA v. Schill, et al

6/27/97  155    JUDGMENT and Commitment entered to U.S. Marshal as to
                Christopher Scott Vega  sentencing  Christopher Scott Vega
                (4) count(s) 1s of an Information.  Committed to custody of
                BOP 144 mos. This reflects granting of Rule 35 motn. On
                supv rels 5 yrs. W/i 72 hrs of rels frm custody, dft to
                report in person to prob ofc where released.  While on supv
                rels, shall not comit another fed., state or local crime,
                shall not illegally possess contrl subst, shall not own or
                possess firearms or exxplosive devices, shall comply
                w/standard conditns of this crt.  Spl conditns:  Dft to
                ptcipate in progr of subst abuse trtmt and/or mental health
                trtmt approved by USPO, to include testing for use of
                drugss/alcohol.  To include U/A monitoring and breathalyser
                testing.  To provide USPO w/financial info requested and
                shall incur no new lines of credit or open add'l lines of
                credit w/o prior approval of prob ofcr.  Shall submit
                person, residence, place of employmt or vehicle to search
                by USPO.  Shall perform 200 hrs community srvc at rate of
                not less than 10 hrs per mo per USPO.  Dft shall not
                possess or ingest alcoholic beverages or be on premises of
                any establishment where alcohol is chidf item of sale. Deft
                shall notify USPO at least 10 days prior to changing his
                address.  Crt finds no ability to pay fine.  Govt's motn
                for Rule 35 is granted.   Pay spl assmt of $50, due
                immediately.  Ordered that indctmts on file are dismissed
                agnst this dft. Done by Judge Charles Lovell (cc: Harris,
                McLean, USM, PO, AUSA-Blg, J/O Book Vol 21, Pg 663) (baf)
                [Entry date 06/30/97]

6/27/97  156    ORDER by Judge Charles C. Lovell  ; sentencing hearing set
                for 2:00 8/7/97 for Ron Redfern. Pties to file
                simultaneous status reports by 7/31/97 notifying the court
                of the current status of deft's cooperation, and indicating
                whether the parties are ready for sentencing. (cc: Gobeo,
                McLean, CCL,CLK,USM,PO,RPR) (baf) [Entry date 07/01/97]

7/2/97   157    MOTION to amend judgment to recommend incarc in Portland,
                OR by Arnie Schill w/c/s (baf) [Entry date 07/09/97]

7/3/97   --     REMARK - A notice of appeal was filed citing both CR
                96-2-H-CCL and CR 96-28-H-CCL.  In actuality, Deft plead to
                the count in CR 96-2-H, and the charge in CR 96-28-H- was
                dismissed.  Because the charge here was dismissed, the
                notice of appeal will not be docketed in this file. (baf)
                [Entry date 07/09/97]

7/3/97   158    TRANSCRIPT of proceedings for the following date(s):
                6/26/97  held in Helena, MT on Sentencing Re Christopher S.
                Vega, Arnie Schill, Mitch Fenton, Tina Hollins, Doug
                Schill, (Ron Redfern was continued) (baf)
                [Entry date 07/09/97]

7/8/97   159    MOTION to continue sentencing date  by Ron Redfern. w/c/s
                (baf) [Entry date 07/09/97]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

7/9/97     --     REMARK - Rec'd from USPO Transmittal/Recpt of Payment form
                  showing Doug Schill owing $50 in Special Assmt; and $2500
                  fine (baf) [Entry date 07/09/97]

7/9/97    160     ORDER by Judge Charles C. Lovell  granting R. Redfern's
                  motion to continue sentencing date [159-1]. The 8/7/97
                  sentencing hrg is vacated and is reset for 10:45 9/2/97 for
                  Ron Redfern (cc: Gobeo, Ginnings, McLean, CCL, CLK, USM,
                  PO, RPR) (baf) [Entry date 07/10/97]

7/10/97   162     Request for authorization for pymt of preparation of
                  transcripts by Christopher Scott Vega    w/c/s (baf)
                  [Entry date 07/16/97]

7/25/97   163     MOTION to extend time for self-surrender  by Mitch
                  Fenton, w/c/s (baf) [Entry date 07/29/97]

7/30/97   164     MOTION to withdraw Motion for extension of time for self
                  surrender by Mitch Fenton    w/c/s (baf)
                  [Entry date 07/31/97]

8/4/97    165     ORDER by Judge Charles C. Lovell, due to sched conflicts of
                  court the sent pres set for 9/2/97 is vacated and   ;
                  sentencing hearing is now set for 10:15 9/4/97 for Ron
                  Redfern at Helena. (cc: CCL, Clk, BAF, USM, Prob, Crt Rpr,
                  McLean, Ginnings, Gobeo) gar for tlh (gar)
                  [Entry date 08/05/97]

8/7/97    170     CJA Form 20 (Attorney Payment Voucher No. 0733021 ) as to
                  Tina Hollins to Richard Pyfer, approved for $2,255.14 (baf)
                  [Entry date 08/25/97]

Proceedings include all events.                                    TERMED
6:96cr28-ALL USA v. Schill, et al

8/8/97    166    JUDGMENT and Commitment entered to U.S. Marshal as to Doug
                 Schill  sentencing  Doug Schill (2) count(s) 1s
                 Information. Three yrs probatn. Shall not comit another
                 fed., state or local crime, shall not illegally possess
                 contrl subst, shall not own or possess firearms or
                 explosives, shall comply w/stand conditns 1-13.  Spl
                 conditns: Shall be confined to 10 mos at Butte Pre-Release
                 Center, Community Corrections Component, with credit for
                 time served.  To ptcipate in progr of subst abuse trtmt
                 and/or mental health trtmt, per USPO, to include testing for
                 use of drugs or alcohol.  To provide USPO w/financial info
                 rqstd and shall incur no new lines of credit or open add'l
                 lines of credit w/o prior approval of prob ofcr. Shall
                 submit person, residence, place of employmt or vehicle to
                 search by USPO.  Shall perform 200 hrs community svc at rate
                 of not less than 10 hrs per mo per USPO. Shall not possess
                 or ingest alcoholic beverages or be on premises where
                 alcohol is chief item of sale. Shall notify USPO 10 days
                 prior to any change of address.  Pay fine of $2,500. Pay spl
                 assmt of $50.  Dismissing counts as to Doug Schill (2)
                 count(s) 1 Indictment. Dismissed. Deft found suitable for
                 vol. surrender a nd is not likely to fell or pose danger to
                 safety of others and is ORDERED  to surrender himself to
                 Butte Pre-Release Center  on the date and at the time
                 designated in writing by USPO and/or Butte Pre-Release
                 Center.  by Judge Charles C. Lovell (cc: all counsel) J/O
                 Bk. Vol 21 Page 672 (baf) [Entry date 08/19/97]
                 [Edit date 01/24/00]

8/11/97   167    ORDER by Judge Charles C. Lovell - referring to LBE, James
                 Obie's CJA20 voucher for fees and expenses incurred in
                 representing Arnold Schill for a determination of a
                 reasonable fee and costs (cc: Obie, McLean, CCL, GR, LBE
                 with original voucher) (dmz) [Entry date 08/12/97]

8/12/97   168    Copy of Judgment of Mitch Fenton  showing deft deliv'd on
                 7/30/97 at FPJC Sheridan, OR (baf) [Entry date 08/19/97]

8/12/97   169    Copy of Judgment of Arnold Schill showing deft deliv'd to
                 FCI Waseca, MN on 7/31/97. (baf) [Entry date 08/19/97]

8/22/97   170    ORDER by Mag Judge Leif B. Erickson; in-court hearing set
                 for 10:30 9/8/97 regarding appropriate fee for Mr. Obie's
                 representation of dft Arnie Schill (cc:  Obie, U.S.
                 Attorney) (kjh) [Entry date 08/22/97]

8/22/97   171    ORDER by Mag Judge Leif B. Erickson Hrg on atty fees is
                 set for 10:30 9/8/97 for Arnie Schill (cc:AUSA, Obie) (baf)
                 [Entry date 08/25/97]

8/26/97   172    STATUS REPORT by Ron Redfern indicating cooperation in re
                 Rule 35 motion. (baf) [Entry date 08/27/97]

Proceedings include all events.                                      TERMED
6:96cr28-ALL USA v. Schill, et al

8/26/97  173      CJA Form 20 (Attorney Payment Voucher No. 0733006) as to
                  Christopher Scott Vega to Douglas Harris approved for
                  $4,477.73. (baf) [Entry date 08/27/97]

8/26/97  174      STATUS REPORT by USA re Redfern indicating cooperation and
                  urging the granting of the Rule 35 motn.  w/c/s (baf)
                  [Entry date 08/29/97]

8/27/97  175      MOTION   by Mitch Fenton to Return Seized Propertyi w/c/s
                  (baf) [Entry date 08/29/97]

9/4/97   176      MINUTES:   before Judge Charles C. Lovell. SENTENCING RON
                  REDFERN.  Gdline Range was 108-135 mos before granting
                  acceptance of responsbility.  Now Offense level 27,
                  Criminal history 2, Range 78-97 mos. with Rule 35 pending.
                  Crt pr rt of allocution.  Both cnsl hrd. Rule 35 motn
                  granted. Sentencing Ron Redfern (3) to count 1 of indct.
                  Remanded CAG 42 mos. Supv rels 5 yrs. May commit no crimes,
                  no firearms or explosives, no contrld subs.  Must comply
                  w/stand cond. of rels 1-13.  Ptcipate in progr per USPO for
                  subst abuse w/testing.  Ptcipate in mental health progr per
                  USPO.  Provide rqstd financial info to USPO.  No new credit
                  lines w/o approval of USPO.  Submit to srch of person,
                  home, car or work per USPO.  200 hrs community svc.  Crt
                  finds no ability to pay fine.  No alcohol or being where it
                  is chief item of sale.  Must notify USPO 10 days prior to
                  any chg of address. Pay spl assmt of $100.Crt pr rt to
                  appeal. Deft moves for contact visit w/kids before leaving
                  the area. Says Jefferson Cnty Jail will allow one if there
                  is crt order. Dft asks recommendation for incarc at
                  Sheridan OR.  Crt to order contact visit.  Deft remanded.
                  C/R: Tina Brilz (baf) [Entry date 09/08/97]

9/4/97   177      PRESENTENCE Report as to Ron Redfern (original sealed). (baf)
                  [Entry date 09/08/97]

Docket as of June 17, 2003 8:38 am                    Page 35

Proceedings include all events.                                    **TERMED**
6:96cr28-ALL USA v. Schill, et al

9/5/97     178     JUDGMENT and Commitment entered to U.S. Marshal as to Ron
                   Redfern  by Judge Charles C. Lovell. Deft remanded CAG 42
                   mos.  Reflects consideration of Rule 35 motn.  Crt
                   recommends to BOP incarc at FCI Sheridan OR to prmit visits
                   w/children.  On rels, dft on supv rels 5 yrs.  W/i 72 hrs
                   of rels dftto rpt in person to prob ofce where released.
                   While on supv rels, dft not to commit another fed., state
                   or local crime, shall not illegally posses contrl subst,
                   shall not own or possess firearms or explosives, shall
                   comply w/stand conditns 1-13 of this crt.  Spl conditns:
                   Dft to ptcipate in progr of subst abuse trtmt and/or mental
                   health trtmt, per USPO, to include testing for use of
                   drugs/alcohol.  Shall provide USPO w/financial info rqstd
                   and shall incur no new lines of credit or open add'l lines
                   of credit w/o prior approval of prob ofcr.  Shall submit
                   person, residence, place of employmt or vehicle to search
                   by USPO.  Shall prform 200 hrs comm;unity srvc at rate of
                   not less than 10 hrs per mo per USPO.  Dft not to possess
                   or ingest alcoholic beverages or be where it is chief item
                   of sale.  Dft to notify USPO at least 10 days prior to
                   changing address.  Crt finds no ability to pay fine. Govt's
                   motn for downwrd departure purs to Rule 35 is Granted.
                   Deft to pay spl assmt of $100, due immediately. (cc: Gobeo,
                   McLean, CCL, USM, PO, AUSA-Blg, J/O Book Vol 22, Page 682)
                   (baf) [Entry date 09/08/97]

9/5/97     179     ORDER by Judge Charles C. Lovell The U.S. Marshals Srvc
                   shall arrange a 60 minute contact visit between Deft Ron
                   Redfern and his children at the Jefferson County Jail.
                   (cc: USM, Gobeo, McLean, CCL, Jefferson Cnty Jail) (baf)
                   [Entry date 09/08/97] [Edit date 09/17/97]

9/15/97    180     APPEAL Notice to USCA by Ron Redfern regarding [178-1]
                   fees CJA (cc: all counsel) (baf) [Entry date 09/17/97]

9/15/97    181     RESPONSE by Mitch Fenton  to  Deft's motion for return of
                   seized property, w/c/s (baf) [Entry date 09/19/97]
                   [Edit date 09/19/97]

9/16/97    --      CRIMINAL SPL ASSMT by dft Doug Schill in the amount of
                   $50.00, receipt # 9163, MO #8688414232. (gar)
                   [Entry date 10/08/97]

9/17/97    --      REMARK - Pursuant to Notice of Appeal #180 of Ron Redfern,
                   sent to cnsl - copy of notice of appeal, Order for Time
                   Schedule, Case Info Sheet and Docket Fee Pymt Notification
                   Form, docket sheet; also to dfns cnsl form CJA 24 and
                   transcript order form. Sent to Crt of appeals - Notice of
                   appeal, docket sheet, Ord for Time Sched., Case Info Sheet,
                   Docket Fee Pymt Notif., cert cpys of Indct, Order
                   appointing cnsl and Jgmt. To Crt RPR copies of Notice of
                   Appeal and Time Schedule form. (baf) [Entry date 09/17/97]

Proceedings include all events.                               TERMED
6:96cr28-ALL USA v. Schill, et al

9/17/97  182    Copy of Amended Judgment on Doug Schill showing  Deft
                self-surrendered 9/4/97 to Butte Pre-Release Center. (baf)
                [Entry date 09/17/97] [Edit date 09/19/97]

9/17/97  183    ORDER by Judge Charles C. Lovell  granting  motion [175-1]
                of Mitch Fenton to return seized property.  Ordered that
                Mitch Fenton's motion for return of property is granted and
                USA shall return the items of personal property to their
                owner, Thomas C. Fenton, as follows:  1 Taurus .44 Cal.
                Special 3" Stainless Steel Revolver; 1=EAA Witness .45 Cal
                Semi-Automatic Pistol w/2 clips; 1-12 ga. Mauser Shotgun
                w/extra barrel; 1 pistol case.  1-9 mm Glock Semi-Automatic
                Pistol w/2 clips (cc: Jackson, McLean, CCL) (baf)
                [Entry date 09/17/97] [Edit date 09/19/97]

9/25/97  184    NOTICE - copy of 9/5/97 order re RON REDFERN contact visit
                w/children, with return showing writ executed by Jefferson
                County, MT jail on 9/11/97. (baf) [Entry date 09/29/97]

10/1/97  185    FINDINGS AND RECOMMENDATION  by Mag Judge Leif B.
                Erickson recommending Dist Crt approve atty fees in amnt of
                $2,500.00 + costs in sum of $692.97.   (cc: James Obie;
                orig to Helena w/orig CJA claim & attachmnts) (mgs)
                [Entry date 10/01/97]

10/14/97 186    ORDER by Judge Charles C. Lovell adopting findings and
                recomendations motion FINDINGS AND RECOMMENDATION [185-1]
                Jim Obie's CJA voucher constituting payment for services
                rendered in amt of $2500 for atty's fees, $692.97 for costs
                for a total of $3,192.97 (cc: Obie, McLean, CCL, GR, LBE)
                (dmz) [Entry date 10/16/97]

10/15/97 187    TRANSCRIPT of Sentencing proceedings of Ron Redfern on
                9/4/97 filed with copy (tlh) [Entry date 10/16/97]

10/15/97 188    TRANSCRIPT DESIGNATION and Ordering Form for dates: 6/26/97
                & 9/4/97 regarding [180-1] re transcript [187-1], re
                transcript [158-1] as to deft Redfern (tlh)
                [Entry date 10/16/97]

10/15/97 190    CJA Form 20 (Attorney Payment Voucher No. 0733028) as to
                Arnie Schill. Approved for $3,192.97. (baf)
                [Entry date 10/17/97]

10/16/97 189    APPEAL Certificate of Record Transmitted to USCA regarding
                [180-1] Appeal of Redfern Orig to Court of Appeal, copies
                to Gobeo, McLean, Clerk (tlh) [Entry date 10/16/97]

10/28/97 191    ORDER by Judge Charles C. Lovell Deft's motion to amend
                judgment is DENIED  as to Arnie Schill. (cc: McLean, CCL,
                Ginnings, GR, Gobeo) (baf) [Entry date 11/05/97]

10/28/97 --     CRIMINAL FINE PAID BY DFT DOUG SCHILL in the amount of
                $100.00, receipt # 9212. (gar) [Entry date 12/15/97]

Proceedings include all events.                              TERMED
6:96cr28-ALL USA v. Schill, et al

10/30/97 192      CJA FORM 24 (Authorization and Voucher for Transcript
                  Payment) as to Ron Redfern (baf) [Entry date 11/05/97]

11/5/97  193      CJA Form 20 (Attorney Payment Voucher No. 0733028) as to o
                  James Obie, approved for $3,192.97, re Arnold L. Schill (baf)
                  [Entry date 11/06/97]

11/18/97 194      CJA Form 20 (Attorney Payment Voucher) #0733008 as to Ron
                  Redfern (baf) [Entry date 11/26/97]

11/20/97 195      SUBSTITUTION of Attorney replacing attorney Gregory A.
                  Jackson  with Ed Sheehy, Jr. for Mitch Fenton.  (Signed by
                  Fenton, Jackson and Sheehy)  w/c/s (baf)
                  [Entry date 12/01/97]

11/21/97 196      MOTION for credit for time served  by Doug Schill   w/c/s
                  (baf) [Entry date 12/01/97]

11/26/97 197      ORDER by Judge Charles C. Lovell  denying  Doug Schill's
                  motion for credit for time served [196-1] (cc: D. Schill,
                  Ginnings, McLean, USPO, USM,CCL) (baf) [Entry date 12/01/97]

12/10/97 --       CRIMINAL FINE PAID BY DFT #2, DOUG SCHILL        the amount of
                  $100.00, Rec't #9250. (gar) [Entry date 12/15/97]

12/12/97 198      ORDER by Judge Charles C. Lovell - Edmund F Sheehy, Jr
                  shall be cnsl of record for deft Mitch Fenton in the place
                  and stead of Gregory Jackson (cc: Sheehy, Jackson, CCL, GR,
                  PRO) (dmz) [Entry date 01/22/98]

12/23/97 --       CRIMINAL FINE PAID by Dft Doug Schill in the amount of
                  $100.00, receipt # 9261, ck #6876. (gar)
                  [Entry date 01/08/98]

1/26/98  199      APPEAL Judgment  Mandate from USCA dismissing the appeal of
                  Ron Redfern [180-1] per stipulation of the parties. (cc:
                  Gobeo, McLean, CCL) (baf) [Entry date 01/27/98]
                  [Edit date 01/14/99]

1/27/98  --       CRIMINAL SPECIAL ASSMT PAID BY DFT #2, DOUG SCHILL in the
                  amount of $100.00, receipt # 9289, Butte Pre-Rel Ck #7117.
                  (gar) [Entry date 02/04/98]

1/27/98  --       CRIMINAL SPECIAL ASSMT PAID BY DFT #6, TINA HOLLINS in the
                  amount of $100.00, receipt # 14000, US Treas ck #32162676.
                  (gar) [Entry date 02/04/98]

2/4/98   200      CJA Form 20 (Attorney Payment Voucher #733007) as to Doug
                  Schill,to Laurence Ginnings, approved for $3,251.30 (baf)
                  [Entry date 02/05/98]

Proceedings include all events.                                        TERMED
6:96cr28-ALL USA v. Schill, et al

2/10/98  --    CRIMINAL SPECIAL ASSMT PAID BY DFT #1, ARNOLD L. SCHILL in
               the amount of $ 25.00, Billings Receipt 14122, US Treas Ck.
               #97960373. (gar) [Entry date 02/13/98]

2/12/98  --    CRIMINAL FINE PAID BY DFT #2, DOUG SCHILL in the amount of
               $ 100.00, receipt # 9307. (gar) [Entry date 02/13/98]

4/17/98  --    CRIMINAL SPL ASSMT PAID BBY DFT ARNOLD SCHILL:  in the
               amount of $ 25.00, Billings Div receipt # 14475. US
               Treasury ck #98170184 (gar) [Entry date 04/21/98]

4/17/98  --    CRIMINALSPL ASSMT PAID BY RON REDFERN: in the amount of $
               25.00, receipt # 14463 (Bilgs Div). US Treas Ck #98170184.
               (gar) [Entry date 04/21/98]

4/17/98  --    CRIMINAL SPL ASSMT PAID BY MITCH FENTON: in the amount of $
               25.00, receipt Blgs Div # 14455. US Treas ck #98170184 (gar)
               [Entry date 04/21/98]

4/29/98  --    CRIMINAL FINE PAID BY Dft #2, Doug Schill in the amount of
               $ 100.00, receipt # 9375. (gar) [Entry date 05/01/98]

6/8/98   --    FINANCIAL ENTRY Spl Assmt recv'd on behalf of Dft Mitch
               Fenton in amt of $25.00 at Billings, US Treas Ck.
               #98276219, Blgs Rec't #14681.  Trans to Helena Division (gar)
               [Entry date 06/09/98]

6/17/98  --    FINANCIAL ENTRY, Rec'd from Doug Schill, Dft #2,  ck #8055,
               in the amt of $100.00, fine, Rec't 9434. (gar)
               [Entry date 06/18/98] [Edit date 06/18/98]

7/17/98  --    FINANCIAL ENTRY  as to Dft Doug Schill, rec'd
               MO#67693622163 in amt of $100.00, fine, rec't 9451 (gar)
               [Entry date 07/21/98]

7/17/98  --    FINANCIAL ENTRY as to Dft Ron Redfern, rec'd US Treas ck
               32648518 in amt of $25.00, spl assmt, Blgs Rec'd 14861. (gar)
               [Entry date 07/21/98]

7/17/98  --    FINANCIAL ENTRY as to Dft Arnold Leonard Schill, US Treas
               Ck 32648518, Spl assmt, Blgs Rec't 14879 (gar)
               [Entry date 07/21/98]

8/26/98  --    FINANCIAL ENTRY, as to Dft #1, Doug Schill, Rec'd MO
               #67693081320980824 596350 in amt of $100.00, issued rec't
               9497, fine (gar) [Entry date 08/28/98]

10/14/98 --    FINANCIAL ENTRY as to Dft #7, Doug Schill, Rec'd MO
               #68278570108981009596350 in amt of $200.00, Fine, Rec't
               #9545 (gar) [Entry date 10/15/98] [Edit date 10/15/98]

10/14/98 --    FINANCIAL ENTRY as to Dft #1, Arnold Leonard Schill, rec'd
               from BOP, US Treas Ck. #82626966 in amt of $25.00, Billings
               Rec't #20348 issued. (gar) [Entry date 10/27/98]

Proceedings include all events.                           TERMED
6:96cr28-ALL USA v. Schill, et al

10/14/98 --        FINANCIAL ENTRY as to dft #3, Ron Redfern, rec'd from BOP,
                   US Treas ck #82626966 in amt of $25.00, issued Billings
                   Rec't #20316, spl assmt. (gar) [Entry date 10/27/98]

12/15/98 --        FINANCIAL ENTRY as to dft Doug Schill, rec'd MO 68278572360
                   in amt of $100.00, Rec't 22020, fine (gar)
                   [Entry date 12/16/98]

1/12/99 --         FINANCIAL ENTRY, Rec'd US Treasury Check #24512513 on
                   behalf of dft #3, Ron Redfern, in amt of $25.00, Blgs Rec't
                   #20834. (gar) [Entry date 01/14/99]

2/2/99 --          FINANCIAL ENTRY, Rec'd of Dft #2, Doug Schill, MO
                   68279669864, fine in amt of $300.00. Rec't #22084 issued.
                   (gar) [Entry date 02/02/99]

6/3/99 --          CRIMINAL FINE PAID on Date: 6/3/99 by defendant Doug Schill
                   in the amount of $ 700.00, for Fine, receipt # 22244. (gar)
                   [Entry date 06/03/99]

1/3/00 --          CRIMINAL FINE PAID by defendant Doug Schill in the amount
                   of $300.00, receipt # 30075, cash (gar)
                   [Entry date 01/04/00]

1/11/00   201      NOTICE by plaintiff OF SATISFACTION OF MONETARY JUDGMENT AS
                   TO DOUG SCHILL J/O Bk. Vol 21 page 672 (dmz)
                   [Entry date 01/13/00] [Edit date 01/24/00]

6/30/00   202      ORDER by Judge William D. Keller re deft Schill - deft is
                   discharged from supervised release and the proceedings in
                   this case are terminated (cc: PRO, USM, CCL,GR) (dmz)
                   [Entry date 07/07/00]

11/2/00   203      ORDER by Judge Charles C. Lovell  that deft's motion to
                   raise additional authorities in support of deft's Section
                   2255 motion is granted.  Ordered that deft's motn to vacate
                   sntc purs to 28:2255 is Denied.  Jgmt to enter.(cc: Vega,
                   Harris, McLean, CCL) (baf) [Entry date 11/02/00]

4/24/01 --         APPEAL Record returned by USCA as to Christopher Scott Vega
                   (rec'd transcript of sentencing held 6/26/97) (baf)
                   [Entry date 04/24/01]

3/29/02 --         REMARK - rec'd in Clk's ofc Transfer of Jurisdiction to
                   Dist of Nebraska, signed by CCL.  Gave 3 to USPO-Hlna to
                   obtain receiving judge's signature. (baf)
                   [Entry date 03/29/02]

4/30/02   204      Transfer of Jursidiction re ARNOLD LEONARD SCHILL signed by
                   both sending and receiving judges, transferring
                   jurisdiction from Montana to Nebraska.  (Cert cpies of
                   pertinent information mailed to Clerk, Lincoln NB regarding
                   Arnold Schill) (baf) [Entry date 04/30/02]

```
Proceedings include all events.                          TERMED
6:96cr28-ALL USA v. Schill, et al
```

2/12/03   --       ARREST Warrant issued for Ron Redfern  by Judge Charles C.
                   Lovell dlv orig and 1 w/cert copy of Petn to USM in Helena,
                   MT for service (cc:USA, USM, PROB) (baf)
                   [Entry date 02/13/03]

2/13/03   205      Petition for Violation of Supervised Release (baf)
                   [Entry date 02/13/03]

2/13/03   205      ORDER by Judge Charles C. Lovell  granting [205-1] motion
                   for warrant. (cc:USPO, AUSA, USM) (baf)
                   [Entry date 02/13/03]

2/14/03   206      ARREST Warrant returned executed as to defendant Ron
                   Redfern ; defendant arrested on 2/14/03 (baf)
                   [Entry date 02/14/03]

2/21/03   207      CJA Form 23 (Financial Affidavit) as to Ron Redfern (kjh)
                   [Entry date 02/24/03] [Edit date 02/24/03]

2/21/03   208      MINUTES:   before Mag Judge Leif B. Erickson; AUSA Josh Van
                   de Wetering and defendant Ron Redfern w/atty Melissa
                   Harrison present; crt reviews dft's Financial Affidavit and
                   appoints Assistant Federal Defender Michael Donahoe;
                   defendant acknowledges receipt of a copy of the Petition
                   and has read and understands same; crt advises of rights;
                   defendant waives preliminary hearing; regarding detention,
                   crt will order dft's release if notified by USPO that
                   conditions have been developed that would assure
                   defendant's appearance and the safety of the community; if
                   no recommendation for release is made, dft will remain in
                   custody pending the revocation hearing before Judge Lovell;
                   probation revocation hearing set for 10:00 2/27/03 for Ron
                   Redfern before Judge Lovell in Helena. C/R: Julie Lake (kjh)
                   [Entry date 02/24/03]

2/21/03   209      ORDER by Judge Charles C. Lovell  ; probation revocation
                   hearing set for 10:00 2/27/03 @ Hlna, Crtrm II for Ron
                   Redfern (cc: all counsel) (kjh) [Entry date 02/24/03]

Proceedings include all events.                              **TERMED**
6:96cr28-ALL USA v. Schill, et al

2/27/03   210     MINUTES REVOCATION HRG, RON REDFERN before Judge Charles C.
                  Lovell. Deft pr in custody w/cnsl Donahoe.  AUSA Hubley
                  pr. USPO Estep pr. B. Fries Clk.  C/R: Carol Hendrickson.
                  Deft reviewed Petn w/cnsl. Crt reviews history and pet'n.
                  Deft admits Violation 1,2.  AUSA tenders petn as evid. of
                  proof of violation  So stipulated and ordered admitted by
                  crt.  Deft cnsl and Govt cnsl hrd.  Crt orders supv rels
                  revoked.  RESNTCG: Crt pr rts.  Deft cnsl, deft and AUSA
                  hrd.  JGMT:  Deft remanded CAG 12 mos On supv rels 24 mos.
                  May commit no fsl crimes, no firearms, ammunition or dang
                  devices.  No contrl subst w/o prescrip.  Spl cond:  Abstain
                  frm consumption of alcohol or going where sold.  Ptcipate
                  in/complete progr for subst abuse testg/trtmt per USPO and
                  pay all/prt cost per USPO. USPO to find best progr
                  available with intense inpatient trtmt.   Submit to search
                  provisions.  Provide USPO rqstd financial info and may open
                  no new lines of credit w/o approval of USPO.  To notify
                  USPO w/i 10 days of chg of address. Crt pr rt to appeal.
                  Deft remanded to USM. (baf) [Entry date 02/27/03]

3/3/03    211     Order Supervised release status of Ronald J. Redfern is
                  revoked. JUDGMENT AND COMMITMENT entered as to Ron Redfern
                  Remanded to custody of BOP 12 mos. Supv rels 24 mos.
                  Done by Judge Charles C. Lovell (cc: Donahoe, McLean, CCL,
                  USm, PO, Financial, J/O Book Vol. 31, Pg 1112) (baf)
                  [Entry date 03/04/03]

3/19/03   212     TRANSCRIPT of proceedings for the following date(s):
                  2/26/03  held in Helena, MT on Revocation
                  Proceeding/Redfern (Carol Hendrickson, RPR) (baf)
                  [Entry date 03/19/03]

5/7/03    --      REMARK - Rec'd Transfer of Jurisdiction signed by CCL (3
                  originals).  on Thomas Mitchell Fenton, to transfer to W.
                  Dist of WA.   Gave 2 orig to USPO Hlna to process.  1 orig
                  in file. (baf) [Entry date 05/07/03]

5/7/03    213     MOTION to modify conditions of release  by USA as to
                  Mitch Fenton . . . . . . . . . . . . . . . . . . . . . . .
                  A N D (baf) [Entry date 05/08/03]

5/7/03    214     ORDER by Judge Charles C. Lovell  granting  motion to
                  modify conditions of release [213-1] Ordered that
                  conditions of supervision be modified so deft to serve 6 mo
                  in prerelease component of Pioneer Fellowship House in
                  Seattle, WA and comply w/all requirements of the facility.
                  (cc: Jackson, McLean, CCL, USPO) (baf) [Entry date 05/08/03]

5/7/03    215     WAIVER of hearing to modify conditioins of supv rels by
                  Mitch Fenton (baf) [Entry date 05/08/03]

This is a Patch T type separator sheet.

This is a Patch T type separator sheet.



Portrait Feed
*New Document Follows...*
Printed on 7/5/01 3:57:15 PM
Copyright ©Kofax Image Products 1994-1999



Landscape Feed
*New Document Follows...*
Printed on 7/5/01 3:57:16 PM
Copyright ©Kofax Image Products 1994-1999

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
UNITED STATES COURTHOUSE
230 NORTH FIRST AVENUE, ROOM 1400
PHOENIX, ARIZONA 85025-0093

**WILLIAM M. MCCOOL**
*CHIEF DEPUTY CLERK*
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 95701

June 13, 2003

United States Courthouse
1010 5th Ave
Seattle WA 98104-1130

Re:   CR 01-1454-TUC-RCC
      Wayne Ochoa JR.
      Transfer of Jurisdiction

Dear: Mr. Ochoa JR

Transfer of probationary jurisdiction having been approved in the above entitled case, enclosed herewith are certified copies of the following:

        1.   CC Transfer of Jurisdiction
        2.   CC Indictment
        3.   CC Judgment & Commitment
        4.   CC Docket Sheet

Please acknowledge receipt of same on the enclosed copy of this letter and return to the Tucson office for filing.

RICHARD H. WEARE, CLERK

By: _____
    Rose Chavez Deputy Clerk

cc: RCC
    PO
    USM
    USA



**03-CR-00213-MISC**

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>01CR01454-001-TUC-RCC |
|---|---|---|

RECEIVED ___ LODGED<br>COPY

JUN 1 3 2003

CLERK U S DISTRICT<br>DISTRIC...

FILED 6-9-03

**CR03     0213**

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>WAYNE OCHOA JR.<br>4148 Haxton Way<br>Bellingham, WA 98226 | DISTRICT<br><br>District Of Arizona | DIVISION<br><br>Tucson |
|---|---|---|

ENTERED ___ RECEIVED<br>LODGED ___ RECEIVED

JUN 06 2003   KN

AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY _____ DEPUTY

| | NAME OF SENTENCING JUDGE<br><br>Raner C. Collins | |
|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>02/28/03 | TO<br>02/27/06 |

| OFFENSE<br><br>Possession with Intent to Distribute Marijuana | FILED ___ ENTERED<br>LODGED ___ RECEIVED<br><br>MAY 2 1 2003   KN<br><br>AT SEATTLE<br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>BY _____ DEPUTY |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 5-12-03 | |
|---|---|
| *Date* | *Raner C. Collins, United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| June 6, 2003 | |
|---|---|
| *Effective Date* | *United States District Judge* |



FILED

2001 OCT 10 P 5: 51

RICHARD H. WEARE, CLERK
U.S. DIST. COURT FOR THE
DISTRICT OF ARIZONA
BY_____
DEPUTY CLERK

1  PAUL K. CHARLTON
   United States Attorney
2  District of Arizona
   JOSEPH E. KOEHLER
3  Assistant U.S. Attorney
   State Bar No. 013288
4  405 West Congress, Suite 4800
   Tucson, Arizona 85701-5040
5  Telephone: 520-620-7300
   Attorneys for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8                 DISTRICT OF ARIZONA

                                    RCC (JCc)

9                                CR01   1454 TUC
   United States of America,
10                                  I N D I C T M E N T
           Plaintiff,
11
                          Violation:   21 USC § 841(a)(1)
12      vs.                            21 USC § 841(b)(1)(C)

13  Wayne Ochoa, Jr.,                (Possession With Intent to Distribute
                                      Marijuana)
14         Defendant.

15
    THE GRAND JURY CHARGES:
16
17      On or about September 14, 2001, at or near Three Points, in the District of Arizona,

18  WAYNE OCHOA, JR., did knowingly and intentionally possess with intent to distribute 173.9

19  pounds of marijuana, a Schedule I controlled substance; in violation of Title 21, United States

20  Code, Sections 841(a)(1) and (b)(1)(C).

21                                   A TRUE BILL

22                                   _____
                                     Presiding Juror
23  PAUL K. CHARLTON
    United States Attorney
24  District of Arizona

25  _____
    Assistant U.S. Attorney
26

I hereby attest and certify on OCT 10 2003
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
                        JUN 2003
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

United States of America

v.

**WAYNE OCHOA JR.**
4188 HAXTON WAY
BELLINGHAM, WA 98226

USM#: UNKNOWN

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.  CR 01-01454-001-TUC-RCC (JCC)**

Antonio Felix (Appointed)
Attorney for Defendant

DOB: 09/10/1981      SSN: 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

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/6/02 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 21, USC §841(a)(1)&(b)(1)(C), Possession with Intent to Distribute Marijuana, a Class C Felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **EIGHTEEN (18) MONTHS** on the Indictment, with credit for time served.  Upon release from imprisonment the defendant shall be placed on supervised release for a term of **THIRTY SIX (36) MONTHS** on the Indictment.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk, U.S. District Court, Attn: Finance, Suite, 130, 401 West Washington St., SPC 1, Phoenix, Arizona 85003-2118, the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $100.00      **FINE:** $0      **RESTITUTION:** $0

All monetary penalties are due immediately or in regular monthly installments.  If incarcerated, payments shall begin under the Bureau of Prisons Inmate Financial Responsibility Program. Any unpaid balance shall become a condition of supervision and shall be paid prior to the expiration of supervision.

The total special assessment of $100.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for the Indictment.

**IT IS ORDERED the bond in this matter shall be exonerated (CASH AND PERSONAL APPEARANCE)**

Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **THIRTY SIX (36) MONTHS** on the Indictment.

CR 01-01454-001-TUC-RCC (JCC)                                                                  Page 2 of 3
USA vs. WAYNE OCHOA JR.

The defendant shall report to the probation office in the district to which the defendant is released
within 72 hours of release from the custody of the Bureau of Prisons.

For offenses committed on or after September 13, 1994: The defendant shall refrain from any
unlawful use of a controlled substance. Pursuant to 18 USC §3563(a)(4) and 3583(d) the defendant
shall submit to one drug test within 15 days of release from imprisonment and such other periodic
drug tests thereafter, as directed from time to time by the probation officer.

The defendant shall not possess a firearm, ammunition or other dangerous weapon as defined in
18 U.S.C. §921.

The defendant shall comply with the standard conditions of supervision:
1)   You shall not commit another federal, state, or local crime during the term of supervision.
2)   You shall not leave the judicial district or other specified geographic area without the
     permission of the Court or probation officer.
3)   You shall report to the Probation Office as directed by the Court or probation officer, and shall
     submit a truthful and complete written report within the first five days of each month.
4)   You shall answer truthfully all inquiries by the probation officer and follow the instructions of
     the probation officer.
5)   You shall support your dependents and meet other family responsibilities.
6)   You shall work regularly at a lawful occupation unless excused by the probation officer for
     schooling, training, or other acceptable reasons.
7)   You shall notify the probation officer at least ten days prior to any change of residence or
     employment.
8)   You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute
     or administer any narcotic or other controlled substance, or any paraphernalia related to such
     substances, except as prescribed by a physician. Possession of controlled substances will
     result in mandatory revocation of your term of supervision.  If ordered by the Court to
     participate in a drug and/or alcohol abuse treatment program, you shall totally abstain from the
     use of any alcoholic beverages or other intoxicants during and after the course of your
     treatment.
9)   You shall not frequent places where controlled substances are illegally sold, used, distributed
     or administered, or other places specified by the Court.
10)  You shall not associate with any persons engaged in criminal activity, and shall not associate
     with any person convicted of a felony unless granted permission to do so by the probation
     officer.
11)  You shall permit a probation officer to visit at any time at home or elsewhere and shall permit
     confiscation of any contraband observed in plain view by the probation officer.
12)  You shall immediately notify the probation officer (within forty-eight (48) hours if during a
     weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
13)  You shall not enter into any agreement to act as an informer or a special agent of a law
     enforcement agency without the permission of the Court.
14)  As directed by the probation officer, you shall notify third parties of risks that may be
     occasioned by your criminal record or personal history or characteristics, and shall permit the
     probation officer to make such notification and to confirm your compliance with such
     notification requirement.
15)  You shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
     Possession of a firearm will result in mandatory revocation of your term of supervision.  This
     prohibition does not apply to misdemeanor cases unless special condition imposed by Court.
16)  Unless suspended by the Court, you shall submit to one substance abuse test within the first
     15 days of supervision and at least two periodic substance abuse tests thereafter, pursuant to
     18 U.S.C. §§ 3563(a)(4) and 3583(d);
17)  If supervision follows a term of imprisonment, you shall report in person to the Probation Office
     in the district to which you are released within seventy-two (72) hours of release.
18)  The balance of any financial obligation ordered by this Court shall be paid in regular monthly
     installments approved by the probation officer, the full amount to be paid 90 days prior to
     expiration of supervision.  You will notify the probation officer of any material change in your

CR 01-01454-001-TUC-RCC (JCC)
USA vs. WAYNE OCHOA JR.

Page 3 of 3

economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

The defendant shall also comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
2. You shall submit to search of person, property, vehicles, business, and residence to be conducted in a reasonable manner and at a reasonable time by, or at the direction of, the probation officer.
3. You shall provide the probation officer access to any requested financial information.
4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
5. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
6. You shall abstain from all use of alcohol or alcoholic beverages and any drugs unless prescribed by a medical doctor.

**UNLESS PREVIOUSLY WAIVED, THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 10 DAYS FROM THE IMPOSITION OF SENTENCE.**

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervise release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

**The Court orders commitment to the custody of the Bureau of Prisons and recommends: that the defendant be placed in an institution where he can participate in the BOOT CAMP PROGRAM.**

Date of Imposition of Sentence: **Friday, April 19, 2002**

Date _4-19-2002_

RANER C. COLLINS, United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a criminal case.

By:_____

United States Marshal          Deputy Marshal

CC: USA/CNSL(Antonio Felix)/PROB(1)/PTS/FIN/JUDGE/USM(2 certified)/Order Book

CR 01-01454-001-TUC-RCC (JCC) - OCHOA JR.

```
                                              CLOSED DFTSEN
                                              3DAYS
                  U.S. District Court
  U.S. District Court for the District of Arizona (Tucson)

         CRIMINAL DOCKET FOR CASE #: 01-CR-1454-ALL

USA v. Ochoa                              Filed: 10/10/01

Other Dkt # 4:01-m -01102

Case Assigned to:  Judge David C Bury
Case Referred to:  Mag Judge James C Carruth

WAYNE OCHOA, JR (1)          Antonio Felix
     dft                     FAX (520)629-0197
                             [COR LD NTC ret]
                             -
                             110 S Church Ave
                             Ste 9300
                             Tucson, AZ 85701
                             (520)629-9069


Pending Counts:                   Disposition

CT 1:21:841(a)(1) and        BOP Imprisonment for a term of
(b)(1)(C) Possession with    eighteen months on the
Intent to     Distribute     Indictment with credit for time
Marijuana.                   served. Supervised Release
(1)                          for a term of thirty six months
                             on the Indictment. s/a
                             $100.
                             (1)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE


U. S. Attorneys:

   Daniel Jon Santander
   FAX (520)620-7324

Docket as of June 13, 2003 12:41 pm          Page 1
```



Proceedings include all events.                          CLOSED
4:01cr1454-ALL USA v. Ochoa                                        DFTSEN
                                                         3DAYS

 [COR LD NTC usa]
 US Attorney's Office
 405 W Congress St
 Ste 4800
 Tucson, AZ 85701-4050
 (520)620-7300

 Joseph Edward Koehler, Esq
  [term  03/15/02]
 FAX (602)514-7694
 [COR LD NTC usa]
 US Attorney's Office
 2 Renaissance Sq
 40 N Central
 Ste 1200
 Phoenix, AZ 85004-4408
 (602)514-7500

```
Proceedings include all events.                           CLOSED
4:01cr1454-ALL USA v. Ochoa                                      DFTSEN
                                                          3DAYS
```

9/14/01  --   DEFENDANT Wayne Ochoa Jr arrested. Wayne Ochoa (1) count(s)
              cmp
              [ 4:01-m -1102 ] (sjd) [Entry date 09/24/01]

9/14/01  1    COMPLAINT  filed as to Wayne Ochoa Jr
              [ 4:01-m -1102 ] (sjd) [Entry date 09/24/01]

9/17/01  2    ( FILED: 9/18/01) MINUTES:  before Magistrate Judge
              Bernardo P. Velasco first appearance of Wayne Ochoa Jr;
              informed of rights, charges, etc.; government's motion for
              detention and request for continuance of the detention
              hearing granted; defendant shall be temporarily detained in
              the custody of the USM; detention and preliminary hearing
              set for 9/19/01 at 10:15 before Magistrate Judge Pyle [cc:
              usa,cnsl,psa] [2-2]
              [ 4:01-m -1102 ] (sjd) [Entry date 09/24/01]

9/19/01  3    ( FILED: 9/19/01) MINUTES:  before Magistrate Judge Charles
              R. Pyle dft Wayne Ochoa Jr appears with counsel Antonio
              Felix; detention hearing continued to 9/21/01 at 10:15
              before Magistrate Judge Pyle; preliminary hearing waived;
              dft held to answer before District Court [cc:
              usa,cnsl,psa] [3-2]
              [ 4:01-m -1102 ] (sjd) [Entry date 09/24/01]

9/21/01  4    ( FILED: 9/21/01) MINUTES:  before Magistrate Judge Charles
              R. Pyle  CASH/PAB bond set for Wayne Ochoa Jr  in the
              amount of $ 7,000; detention hearing held  [cc:
              USA,CNSL,PSA] [4-2]
              [ 4:01-m -1102 ] (sjd) [Entry date 09/24/01]

9/24/01  5    AFFIDAVIT re: appearance bond (Cash Security) as to Wayne
              Ochoa Jr  in the amount of $ 2,000  by Jesus M Gastelum
              [ 4:01-m -1102 ] (sjd) [Entry date 09/25/01]

9/25/01  6    ( FILED: 9/25/01) MINUTES:  before Magistrate Judge Charles
              R. Pyle  CASH/PAB bond set for Wayne Ochoa Jr  in the
              amount of $ 7,000; dft is release with standard conditions
              [cc: usa,cnsl,psa] [6-2]
              [ 4:01-m -1102 ] (sjd) [Entry date 09/25/01]

9/25/01  7    ORDER  by Magistrate Judge Charles R. Pyle  setting
              conditions of release;    Bond set to $2,000 CASH $5,000
              PAB for Wayne Ochoa.
              [ 4:01-m -1102 ] (sjd) [Entry date 09/25/01]

9/25/01  7     CASH/PAB BOND filed  in the amount of $ 7,000 as to Wayne
              Ochoa Jr; ordered  by Magistrate Judge Charles R. Pyle
              [ 4:01-m -1102 ] (sjd) [Entry date 09/25/01]

9/25/01  8    NOTICE of appearance of attorney Antonio Felix  for Wayne
              Ochoa Jr: for all further proceedings through filing of a
              notice of appeal if required
              [ 4:01-m -1102 ] (sjd) [Entry date 09/26/01]

Proceedings include all events.                          CLOSED
4:01cr1454-ALL USA v. Ochoa                                        DFTSEN
                                                         3DAYS

10/10/01 9      INDICTMENT by USA attorney Joseph Edward Koehler. Counts
                filed against Wayne Ochoa (1) count(s) 1  ; Arraignment set
                for 11:00 10/18/01 for Wayne Ochoa Jr  before Judge Raner
                C. Collins (rec) [Entry date 10/11/01]

10/10/01 --     ORDER by Judge Raner C. Collins : Case referred to Mag
                Judge James C. Carruth (cc:  all counsel) (rec)
                [Entry date 10/11/01]

10/12/01 11     WAIVER of Personal Appearance at Arraignment and Entry of
                Plea of Not Guilty by Wayne Ochoa Jr (rec)
                [Entry date 10/19/01]

10/15/01 10     WAIVER of Personal Appearance at Arraignment and Entry of
                Plea of not Guilty by Wayne Ochoa Jr (rec)
                [Entry date 10/16/01]

10/18/01 12     ( FILED: 10/18/01) MINUTES:  before Mag Judge Glenda E.
                Edmonds  dft Wayne Ochoa Jr arraigned; not guilty plea
                entered; Attorney  present;, ; pretrial motions due
                11/9/01 for Wayne Ochoa Jr ;plea deadline 12/7/01 by 5pm;
                trial 12/18/01 at 9:00am before Judge Collins; pretrial
                motions hearing set for 10:00 11/19/01 for Wayne Ochoa
                JrGovernments plea offer dealine 11/19/01  before Mag
                Judge James C. Carruth  [cc: all cnsl] [12-4] (rec)
                [Entry date 10/19/01]

10/26/01 13     NOTICE of plea offer by USA as to dft Wayne Ochoa Jr (rec)
                [Entry date 10/29/01]

```
Proceedings include all events.                           CLOSED
4:01cr1454-ALL USA v. Ochoa                                      DFTSEN
                                                          3DAYS
```

11/14/01 14     MOTION  to continue jury trial for sixty days [14-1]  by
                Wayne Ochoa Jr (rec) [Entry date 11/15/01]

11/14/01 16     NOTICE Acknowledgment of Trial Date, Trial 12/18/01 at 9am,
                Motions Hearing 11/19/01 at 10am, Plea Deadline 12/7/01 at
                5pm by Wayne Ochoa Jr. (rec) [Entry date 11/19/01]

11/19/01 17     ORDER  by Judge Raner C. Collins granting  motion  to
                continue jury trial for sixty days [14-1]  ;  pretrial
                motion hrg vacated, plea deadline 2/8/02; trial set for
                9:00 2/26/02 for Wayne Ochoa Jr,  before Judge Raner C.
                Collins, excludable delay XT started 12/18/01 and end
                2/26/02 (rec) [Entry date 11/26/01]

1/17/02  18     NOTICE of hearing change of plea scheduled for February
                6,02 at 9:45am before Judge Carruth by dft Wayne Ochoa Jr
                re: hearing [18-1] (rec) [Entry date 01/22/02]

2/6/02   19     ORDER  by Judge Raner C. Collins  and consent of Wayne
                Ochoa Jr for referral to Magistrate Judge Carruth for
                change of plea. (rec) [Entry date 02/06/02]

2/6/02   20     ( FILED: 2/6/02) MINUTES:  before Mag Judge James C.
                Carruth  Wayne Ochoa (1) count(s) 1 enters a plea of
                guilty, ; sentencing set for 8:40 4/19/02 for Wayne Ochoa
                Jr,  before Judge Raner C. Collins,  [cc: all cnsl]
                [20-4] (rec) [Entry date 02/06/02]

2/8/02   21     ORDER  by Judge Raner C. Collins  of the Findings and
                Recommendation upon a plea of guilty as to Wayne Ochoa Jr
                (rec) [Entry date 02/12/02]

3/15/02  22     NOTICE of substitution of attorney  for USA : Daniel Jon
                Santander appears and terminating attorney Joseph Edward
                Koehler for USA (rec) [Entry date 03/18/02]

3/26/02  23      ARREST WARRANT returned executed on 3/26/02 as to Wayne
                Ochoa Jr (sjd) [Entry date 03/27/02]

3/26/02  24     PETITION TO REVOKE pretrl as to Wayne Ochoa Jr;  petition
                filed on 3/14/02. (sjd) [Entry date 03/27/02]

3/26/02  25     ( FILED: 3/27/02) MINUTES:  before Mag Judge Nancy F. Fiora
                .  Interpreter: C Feaster. re: [24-1] ; appearance on
                petition for violation of pretrial release; dft denies
                allegations; government requests detention; evidentiary
                hearing set for 1:30 4/10/02 for Wayne Ochoa Jr,  before
                Mag Judge James C. Carruth; dft is ordered detained pending
                disposition of matter  [cc: usa,cnsl,psa,po,jdg,usm]
                [25-3] (sjd) [Entry date 03/27/02]

Proceedings include all events.                                    CLOSED
4:01cr1454-ALL USA v. Ochoa                                              DFTSEN
                                                                    3DAYS

4/10/02   26    ( FILED: 4/11/02) MINUTES: Revocation Proceedings  before
                Mag Judge James C. Carruth . . re: [24-1]  Dft admit
                allegation 4 & 5; sentencing set for 8:40 4/19/02 for Wayne
                Ochoa Jr,  before Judge Raner C. Collins, ; revocation
                hrg held as to Wayne Ochoa JR  [cc: all cnsl] [26-4] (rec)
                [Entry date 04/11/02]

4/17/02   27    Sentencing Memorandum by dft Wayne Ochoa Jr. (rec)
                [Entry date 04/19/02]

4/19/02   28    The Court has ORDERED that effective April 29, 2002, the
                above captioned matter is reassigned to Judge David C. Bury
                for all further proceedings. Any scheduled hearing,
                conference, or trial in this action remains as scheduled
                and will be placed on the calendar of Judge David C. Bury .
                All further pleadings and papers filed in this action
                should bear the complete case number and judge's initials,
                as shown above. (cc: all counsel,usa,po,psa,rcc,dcb)
                [28-1], ; sentencing set for 8:40 4/19/02 for Wayne Ochoa
                Jr,  before Judge David C. Bury (sjd) [Entry date 04/19/02]

4/19/02   29    ( FILED: 4/22/02) MINUTES:  before Judge Raner C. Collins .
                Ct Rptr: Bonnie Brunotte .; sentencing held as to Wayne
                Ochoa JR. BOP Imprisonment for a period of 18 months on the
                indictment. Supervised Release 36 months. s/a $100. Order
                Bond Exonerated(Cash And Personal Appearance) [cc: all
                cnsl] [29-2] (rec) [Entry date 04/22/02]

4/19/02   30    JUDGMENT and Commitment issued as to Wayne Ochoa Jr
                sentencing for  Wayne Ochoa (1) count(s) 1.  BOP
                Imprisonment for a term of eighteen months on the
                Indictment with credit for time served. Supervised Release
                for a term of thirty six months on the Indictment. s/a
                $100.,  Case closed ; ordered  by Judge Raner C.
                Collins (rec) [Entry date 04/22/02]

5/21/02   31    RECEIPT in the amount of $2,019.33 check #378611 by dft
                Wayne Ochoa Jr (rec) [Entry date 05/21/02]

1/2/03    32    Memorandum by BOP re dft's completion of the Intensive
                Confinement Center program as to dft Wayne Ochoa Jr (sjd)
                [Entry date 01/07/03]

5/12/03   33    TRANSFER of probation purs to 18:3605 to the Western
                District of Washington as to dft Wayne Ochoa Jr by Judge
                Raner C. Collins (rec) [Entry date 06/13/03]